FILED

# UNITED STATES DISTRICT COURT
## District of ___CONNECTICUT___

2003 NOV -6 P 4: 11

US DISTRICT COURT
BRIDGEPORT CT

OCT 2 0 2003

MIGUEL A. DIAZ
_____
Petitioner(s)

vs.

BRIAN FOLEY
_____

_____
Respondent(s)

Case 3:02 cv 2147 (JBA) No.

**OPPOSITION TO MOTION TO DISMISS-ANSWERS PRESENTING DEFENSES**

I the Plaintiff ask the Court to deny the Defenses motion to

Dismiss on the following facts and/or Laws or any other defenses

allowable under the Fed.R.Civ.P.:pursuant to Rule 60(a),(b),62(b).

### FIRST DEFENSE

Sevice of summons and Complaint complete and proven under Rule 4

(c)(2) and Rule 4(l) being that Service was affected by U.S.

Marshall.See:Return of Service dated Sept.2,2003 . This complies

with Rule 4(m)Time limit,as Plaintiff was given an extention by

Court Order on Feb.7,2003 by a subsequent order until Sept.10,2003.

This is the Second such "loss" occured.The first time I filed

the Complaint with the Clerk as I was under the impression I was

granted  in forma pauperis up until at least Jan.27,2003,there-

abouts.Then another order dated July 9,2003 states IFP.Then anoth-

er Order was backdated after I was told by the Clerk that my initial

granting of IFP was incorrect.[via phone] See;attached documents.*

According to the Fed.R.Civ.P.Rule 4(d)(4) when I filed a

Waiver of service of Summons with the court the action shall proceed

as if summons and complaint had been served at that time and no

proof of service shall be required.The Court.deemed the Complaint
received Dec.6,2002.

### Second Defense

Being that the Defendants defense of failure to state a claim
upon which relief can be granted stems directly from a defeciency
in service of process of which 1 explained in the First Defense
this claim is improper either due to inconsistancies in whether
or not 1 was granted IFP status,the loss of my first summons
and the Marshalls Service Paper stating Summons delivered.All
these reasons and the fact I am pro-se and the fact that I sent
the Summons the first time and it was lost deems it appropriate
that my Claim not be Dismissed.Clerical mistakes by the Clerk
and loss of documents by the Marshalls should not cause my
action to be dismissed,pursuant to Rule 60(a)and 60(b)(1).

### CONCLUSION

   Wherefore,for the foregoing reasons,the undersigned plaintiff
respectfully asks that defendants Motion to dismiss be denied
and I be given the opportunity to send another complaint,or at
least a stay be granted under Rule 62(b)until the defendant can
actually review the complaint.

Plaintiff,

Miguel A.Diaz
Macdougall C.I.

1153 East St.-South

Suffield,CT.06080

*Attached:Summons,Complaint,Waiver
        :(3)contrdictory IFP notices
        :(2)letters to Clerk
        :(3)to U.S.Marshalls
        and return of Service and Invoice

*****Certification Of Service_____ *****

I hearby certify that a copy of the foregoing was
mailed in accordance with Rule 5(b)Fed.R.Civ.P.
to the following court of record on this 3 day of
November 2003.
United States District Court
    District of CT
915 Lafayette Boulevard
Bridgeport , CT 06604

*Miguel A. Diaz* # 250008
Miguel A. Diaz #250008
Macdougall C I
1153 East St South
Suffield, CT 06080

\*  \*  \*    CERTIFICATION OF SERVICE    \*  \*  \*

I hearby certify that a copy of the foregoing was mailed in accordance with Rule 5(b),Fed.R.civ.P. to the following counsel of record on  this 14 day of October ,2003

HALLORAN &SAGE LLP    ⌐ Brian Foley
ATTORNEY  AT LAW        Hartford Police Dept
ONE GOODWIN SQUARE     50 Jennings Road
225 ASYLUM STREET    ⌐ Hartford, CT 06120
HARTFORD CT 06103

(s)____Miguel C. Diaz  250008____

Miguel A. Diaz #250008
MacDougall C.I.
**1153 East Street-South**
**Suffield,CT.06080**

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## VERIFICATION

I,__Miguel A Diaz____,being duly sworn upon oath according to law,declare under penalty of perjury under the laws of the United States of America that the foregoing Opposition to Motion to Dismiss is true and correct to the best of my knowledge and belief.And all attached documents are bonafide and true copies.

Sworn and subscribed to,before me,this / day of October,2003.

_____
Notary

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Miguel Diaz

### SUMMONS IN A CIVIL ACTION

V.

**PRISONER**

CASE NUMBER: 3:02cv2147(JBA)(JGM)

Brian Foley, et al

TO:     Brian Foley
        Hartford Police Dept
        55 Jennings Road
        Hartford, CT 06120

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

Plaintiff's Attorney:

        Miguel Diaz
        Northern Correctional Intitution
        P.O. Box 665
        Somers, CT 06071

an answer to the complaint which is herewith served upon you, within __20_ day(s) after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Kevin F. Rowe                                              August 18, 2003
CLERK                                                      Date

By Deputy Clerk

                                    *ATTESTED TO AS A TRUE COPY*

                                    *ON THIS DATE* _____

                                    *BY:*_____
                                        *Deputy Clerk*

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

### COMPLAINT UNDER 42 U.S.C. §1983

Miguel A. Diaz *250008

Northern C. I

P.O. Box 665

Somers CT 06071

Full name and address of the Plaintiff

Case No. _____
(To be supplied by the Clerk)

v.

Foley, Brian (state official)

of city of Hartford police dept.

fifty Jennings Rd.

Hartford CT 06120

Being sued in individual

capacity and official

capacity,

_____

_____

_____

Name(s) and address(es) of the Defendant(s)
(Indicate whether being sued in individual capacity, official capacity, or both.)

1.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES___ NO___

2.    If your answer to #1 is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same format.)

    A.    Parties to the previous lawsuit:

        Plaintiffs:   _____

                    _____

                    _____

        Defendants:  _____

                    _____

                    _____

B. Court (If federal court, provide the district; if state court, provide the state and county.)_____

_____

C. Docket number_____

D. The judge to whom the case was assigned _____

E. Disposition (Was the case dismissed? Settled? Still pending?) _____

_____

_____

F. Approximate date lawsuit was filed _____

G. Approximate date of disposition _____

3.    Your present address or place of confinement Northern C. I
P.O Box 665 Samess, CT  06071

4.    If incarcerated, what is your inmate number?    250008

5.    Statement of Claim

State here as briefly as possible the facts of your case.  Describe how each defendant is involved.  Also include the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach extra sheets if necessary and include a copy of each extra sheet with each copy of the complaint that is submitted.

The deffendant Foley, Brian is involved because he used improper force and in result I got a fracture in right wrist and bac to right leg and right arm pain. The date and address of occurence is 12/02/99 at 977 W. Blvd Hartford CT 06106. I went to the emergency room at time of assest at ST Francis Hospital. The officer kept calling me bad names like spic and asshole and motherfucker and streetpunk The same time he kept hitting me and I tryed covering my head and legs he kept moving me too. I felt my hand pumping and burning. My leg I had pain and when he and the others officers notice before putting in the car because I told them they looked at him and remarked shit you broke his hand he said fuck him put him in the car.

3

6.    Relief Requested

State here as briefly as possible exactly what you want the court to do for you.  Do not make any legal arguments.  Do not cite any cases or statutes.

I ask for the deffendant to recieve physiolgy evaluation and anger management.  I would also request relief financially for my injury and a apology.  I request financial relief in the amount of $50,000 fifty thousand dollars.

7.    Demand for a Jury Trial

Do you wish to have a jury trial?  Yes  X    No _____

8.    Have you read the instructions furnished with this complaint form and checked all of the answers and statements made in this complaint?    Yes

Signed this  5  day of  July  , 2002

_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

July 5  2002
Date

_____
Signature of Plaintiff

4

Petition for a Writ of Habeas Corpus

Inmate No. _250008_

## APPLICATION FOR WAIVER OF FEES

I have sent the $ 120.00 dollars in a money order payable to Office of the clerk of United States District Court for the fileing fee

I, _____, THE PETITIONER HEREIN AM WITHOUT
FUNDS AND AM UNABLE TO PAY COURT ENTRY FEES AND COSTS OR TO ENGAGE AN ATTORNEY. I
HAVE $ _____ IN MY PRISON ACCOUNT AND TOTAL ASSETS VALUED AT $
I ASK THE COURT TO WAIVE FEES AND COSTS HAVING TO DO WITH THIS PETITION.

_Miguel A. Diaz II_
(PETITIONER)

STATE OF CONNECTICUT, COUNTY OF _Tolland_____
_____ PETITIONER,
HAVING BEEN DULY SWORN, STATES THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF
HIS KNOWLEDGE.

THIS DOCUMENT WAS SUBSCRIBED AND SWORN TO BEFORE A STAFF
NOTARY PUBLIC AT NORTHERN CORRECTIONAL INSTITUTION,
SOMERS, CT. IT HAS NOT BEEN READ OR INSPECTED IN ANY WAY.
NEITHER THE INSTITUTION NOR THE CONNECTICUT DEPARTMENT
OF CORRECTION TAKES ANY RESPONSIBILITY FOR OR SANCTIONS
THE SUBJECT MATTER OF THE DOCUMENT.

_Mark R. Suse_
(NOTARY PUBLIC)

_06/28/02_
(DATE)

MARK R. SUSE
NOTARY PUBLIC
MY COMMISSION EXPIRES 03/31/2007

AO 398 (12/93)

# NOTICE OF LAWSUIT AND REQUEST FOR
# WAIVER OF SERVICE OF SUMMONS

*eg. Jones v. Smith, et al.*

TO: (A) _Foley, Brian being sued in his individual and official capacity_

as (B) _Police officer_ _____ of (C) _Hartford Police dept. fifty Jennings Rd Htfd CT 06120_

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed.) A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the (D) _Connecticut_ _____ District of _Hartford_

and has been assigned docket number (E) _____

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within (F) _30_ days after the date designated below as the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from that date if your address is not in any judicial district of the United States.)

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth at the foot of the waiver form.

I affirm that this request is being sent to you on behalf of the plaintiff, this _____ day of

_____

_Miguel A. Diaz_

Signature of Plaintiff's Attorney
or Unrepresented Plaintiff

A — Name of individual defendant (or name of officer or agent of corporate defendant)
B — Title, or other relationship of individual to corporate defendant
C — Name of corporate defendant, if any
D — District
E — Docket number of action
F — Addressee must be given at least 30 days (60 days if located in foreign country) in which to return waiver

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CONNECTICUT 06604
(203) 579-5861

KEVIN F. ROWE
CLERK

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE W. CODY
DEPUTY IN CHARGE

February 10, 2003
**NOTICE TO PLAINTIFF**

PRISONER

Re:    Case <u>Diaz  vs. Foley, et al</u> Docket No. 3:02CV2147(JBA)

Your application to proceed in forma pauperis has been granted, and your case has now been docketed. Enclosed is a copy of the order directing service be made, a Notice of Availability of Magistrate Judge to Exercise of Jurisdiction and Appeal Option and a Consent to Exercise of Jurisdiction by a United States Magistrate Judge.

In any correspondence concerning your case, you MUST give the caption, docket number and judge's initials, EXACTLY AS SHOWN ABOVE. If the papers lack this information, they will be returned to you without being processed.

Your case has been assigned to Judge__JANET B. ARTERTON__. Should you decide to consent to the U.S. Magistrate Judge's exercise of jurisdiction, your case will be handled by the U.S. Magistrate Judge for all purposes.

**PLEASE NOTE THE FOLLOWING:**

1.    **All original papers should be sent** to 915 Lafayette Blvd., Bridgeport, Connecticut. Your papers must have an original signature on them.

2.    **You must attach a signed certificate of service** to all papers filed with the court, indicating the names and addresses of all persons served [pursuant to Local Rule 5(b)]. Failure to attach this certificate of service will result in your papers being returned, unprocessed.

3.    **If you change your address** at any time during your litigation, you **MUST** notify the court. Failure to do so can result in the dismissal of your case. You must notify the defendant(s) or the defendant's attorney, if appropriate, of your new address. You must give notice of a new address **even if you are incarcerated**. You should write **"PLEASE NOTE MY NEW ADDRESS."** It is not enough to just put the new address on your letter without indicating that it is a new address. If you have more than one pending case, indicate the case numbers in your notification of change of address.

4.    **If you have inquiries** regarding the status of your case, you should make them in writing to the Bridgeport office. We do **NOT** accept collect telephone calls.

FOR THE COURT
KEVIN F. ROWE, CLERK

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CONNECTICUT 06604
(203) 579-5861

KEVIN F. ROWE
CLERK

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE W. CODY
DEPUTY IN CHARGE

February 10, 2003
### NOTICE TO PLAINTIFF

PRISONER

Re:    Case <u>Diaz vs. Foley, et al</u>    Docket No.3:02cv2147(JBA)

Enclosed is a copy of the order directing service be made **BY THE PLAINTIFF**, Notice of Availability of Magistrate Judge to Exercise of Jurisdiction and Appeal Option and a Consent to Exercise of Jurisdiction by a United States Magistrate Judge.

In any correspondence concerning your case, you MUST give the caption, docket number and judges' initials, EXACTLY AS SHOWN ABOVE.  If the papers lack this information, they will be returned to you without being processed.

Your case has been assigned to Judge <u>JANET B. ARTERTON</u>.  Should you decide to consent to the U.S. Magistrate Judge's exercise of jurisdiction, your case will be handled by the U.S. Magistrate Judge for all purposes.

### PLEASE NOTE THE FOLLOWING:

1.    **All original papers should be sent** to 915 Lafayette Blvd., Bridgeport, Connecticut.  Your papers must have an original signature on them.

2.    **You must attach a signed certificate of service** to all papers filed with the court, indicating the names and addresses of all persons served [pursuant to Local Rule 7(e)].  Failure to attach this certificate of service will result in your papers being returned, unprocessed.

3.    **If you change your address** at any time during your litigation, you **MUST** notify the court. Failure to do so can result in the dismissal of your case.  You must notify the defendant(s) or the defendant's attorney, if appropriate, of your new address.  You must give notice of a new address **even if you are incarcerated**.  You should write **"PLEASE NOTE MY NEW ADDRESS."**  It is not enough to just put the new address on your letter without indicating that it is a new address.  If you have more than one pending case, indicate the case numbers in your notification of change of address.

4.    **If you have inquiries** regarding the status of your case, you should make them in writing to the Bridgeport office.  We do **NOT** accept collect telephone calls.

FOR THE COURT
KEVIN F. ROWE, CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CONNECTICUT 06604
(203) 579-5861

KEVIN F. ROWE
CLERK

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE W. CODY
DEPUTY IN CHARGE

July 9, 2003
**NOTICE TO PLAINTIFF**

PRISONER

Re:    Case  Diaz  vs. Foley, et al  Docket No.  3:02CV2147(JBA)(JGM)

Your application to proceed in forma pauperis has been granted, and your case has now been docketed. Enclosed is a copy of the order directing service be made, a Notice of Availability of Magistrate Judge to Exercise of Jurisdiction and Appeal Option and a Consent to Exercise of Jurisdiction by a United States Magistrate Judge.

In any correspondence concerning your case, you MUST give the caption, docket number and judges' initials, EXACTLY AS SHOWN ABOVE. If the papers lack this information, they will be returned to you without being processed.

Your case has been assigned to Judge JANET B. ARTERTON  and referred to U.S. Magistrate Judge JOAN G. MARGOLIS for the purpose of handling all preliminary matters. Should you decide to consent to the U.S. Magistrate Judge's exercise of jurisdiction, your case will be handled by the U.S. Magistrate Judge for all purposes.

**PLEASE NOTE THE FOLLOWING:**

1.    **All original papers should be sent** to 915 Lafayette Blvd., Bridgeport, Connecticut. Your papers must have an original signature on them.

2.    **You must attach a signed certificate of service** to all papers filed with the court, indicating the names and addresses of all persons served [pursuant to Local Rule 7(e)]. Failure to attach this certificate of service will result in your papers being returned, unprocessed.

3.    **If you change your address** at any time during your litigation, you **MUST** notify the court. Failure to do so can result in the dismissal of your case. You must notify the defendant(s) or the defendant's attorney, if appropriate, of your new address. You must give notice of a new address **even if you are incarcerated**. You should write "**PLEASE NOTE MY NEW ADDRESS.**" It is not enough to just put the new address on your letter without indicating that it is a new address. If you have more than one pending case, indicate the case numbers in your notification of change of address.

4.    **If you have inquiries** regarding the status of your case, you should make them in writing to the Bridgeport office. We do **NOT** accept collect telephone calls.

FOR THE COURT
KEVIN F. ROWE, CLERK

4-28-03

RE: Case Diaz vs. Foley, et al Docket No. 3:02 CV 2147 (JBA)

TO: Kevin F. Rowe court clerk,

    I had sent the service of summons to a Marshall Joseph Musumeci in the Month of March day 10 of 2003 to effect service of process to Brian Foley of Hartford Police Department. I wrote to Marshall Joseph Musumeci a letter in which I have povided you with a copy. I'am trying to find out the status of my case. I wanted to provide the court with the fact that I'am looking into my case, I know I have a certain amount of days to send a signed waiver of summons and as well the signed document by the Marshall. I don't know what is taking the Marshall so long to serve the papers and return me what he should. I did what I had to do and now if my time period passes its a failure of process by the Marshall not me. I called your office and spoke to another clerk and she stated to me to give him one week and I have. What can I do to find out what is happening? Should you send me another waiver of summons forms so I could send to another Marshall? should I give the Marshall some more time. Please respond to this letter.

Note my new address
Macdougall - Walker
1153 East ST South
Suffield, CT 06080

Miguel Diaz # 250008
Miguel A Diaz II

Note: I have a copy of this letter for my file.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

Clerk Kevin F. Rowe                    Chief Deputy Clerk Victoria Minor
                                       Deputy in Charge Chrystine Cody


RE:Case Diaz vs Foley,et al Docket NO,3:02CV2147(JBA) Prisoner


The plaintiff herein the above entitled caption hereby advise
this court that the summons and complaint could not be serviced
upon deffendant due to documents being lost through mail.The
plaintiif recieved from US Marshal correspondence  saying that
the Marshal never recieved any documents.The plaintiff ask the
court for a copy of or new summons and order documents to
resend to Marshal. The plaintiff send along with this page a
copy of the U.S. Marshal's correspondence for the court to
understand what happen.


                              Miguel A. Diaz #250008
                              Macdougal Walker
                              1153 East ST South
                              Suffield, CT 06080
                              Miguel A. Diaz II

4-28-03

RE: Case Diaz vs. Foley, et al  Docket No. 3:02CV2147(JBA)

To Marshall Joseph Musumeci of 39 Russ ST  Hartford, CT  06106,

I had sent to you documents of an order and waiver of summons to be served to Brian Foley of Hartford Police Department. I was granted to proceed in forma pauperis aswell my case was documented and given a case number. The notice states for me to give to a Marshall to effect service of process by court order. The order was filed on Feb 10, 03 and I recieved my copies to send to you on March 10, 03 I sent out the documents on March, 10 to you. I would like to tell you that I have 120 days from Feb 10, 03 to serve the order by you. I also only have 130 days to return a signed waiver of service of summons to Brian Foley and a documentation completed by Marshall who served summons. I have been waiting for these forms from you so I can send to the court. Time is running short so I would like to have a response on what is happening with the service of summons, Thank you for your time.

Please Note new address
Macdougall - Walker  C.I.
1153 East ST South
Suffield, CT  06080

Miguel A. Diaz #250008
Miguel A. Diaz II

A copy was sent to court clerk Kevin F. Rowe as an inquiry regarding status of my case.

DEAR MR. DIAZ-

PLEASE NOTE THAT
I NEVER RECEIVED
ANY DOCUMENTS FROM
YOU TO SERVE. I
SUGGEST YOU ASK FOR
ANY EXTENTION -
OR RE SEND THE PAPERS
CERT. MAIL OUT -

SINCERELY

JOSEPH MUSUMECI
STATE MARSHALL
HARTFORD COUNTY

Robert Tasillo, State Marshal
30 Woodland Street
Hartford,CT 06105
Telephone (860) 525-0469
    Car.  559-9702







U.S. POSTAGE
PAID
HARTFORD,CT
06101
AUG 07 '03
AMOUNT
$0.60
00030164-15

9261    06071

Miguel A. Diaz #250008
~~NCI~~
~~P.O. Box 665~~
~~Somers, CT  06071~~      MCDGI/WLKR

Miguel-

    I cannot serve
these papers without a
fee waiver.

        Robert Tasillo
        State Marshal

## RETURN OF SERVICE

Service of the Summons and Complaint by me      Date  September 2, 2003

Name of Server  Robert J. Tasillo           Title  State Marshal

Then and by virtue hereof, on the 2nd day of September, 2003, I made due and legal service on the within named defendant, **BRIAN FORLEY**, by leaving a true and attested verified copy of the within original Federal Summons and Complaint, with and in the hands of Officer H. Pu Sey, officer in charge who is duly authorized to accept service for said defendant, at the Hartford Police Department, at 55 Jennings Road, in the City of Hartford.

| Travel | $ 2.80 | Services | $ 35.20 | Total | $ 38.00 |

### Declaration of Service

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Services Fees is true and correct.

Executed on September 2, 2003

30 Woodland Street, Apt. 4-F
Hartford, Connecticut  06015

# INVOICE

## ROBERT TASILLO STATE MARSHAL
### 30 WOODLAND STREET, APT. 4-F
### HARTFORD, CONNECTICUT 06105
### PAGER: 340-5300
### ~~CELL: 860-559-9702~~

September 4, 2003

Miguel A. Diaz, #250008
MacDougall Corrections Institute
1153 East Street South
Suffield, CT 06080

September 2, 2003          Services rendered          $ 38.00

Federal Summons

**Paid In Full**

**Thank You**