＄AO 440 (Rev. 8/01) Summons in a Civil Action

3:02cv2147(JBA)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 12/9/03 |
| NAME OF SERVER (PRINT)  Miguel Diaz | TITLE  Plaintiff |

FILED
2003 DEC 12 P 4:55
US [...]

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Hallocan and Sage One Goodwin Square 225 Asylum St Hartford, CT 06103 / Brian Foley 50 Jennings Rd Hartford, CT 06120

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Sent a copy to Deffendants attorney Hallocan and Sage at One Goodwin Square 225 Asylum St Hartford CT 06103 and another copy to Deffendant Brian Foley at 50 Jennings Rd Htfd CT 06120 his place of work. Sent by U.S Mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/9/03
            Date

Miguel G. Diaz #250008
Signature of Server

Macdougall
1153 East ST South
Suffield CT 06080
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.