

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MIGUEL A. DIAZ | : | |
|     Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:02CV2147 (JBA) |
| VS. | : | |
| | : | |
| BRIAN FOLEY | : | DECEMBER 31, 2003 |
|     Defendant | : | |

## MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S INTERROGATORIES AND PRODUCTION REQUESTS

The undersigned defendant, Brian Foley, respectfully requests an enlargement of time for an additional forty-five (45) days, to and including February 16, 2004, within which to respond to the plaintiff's Interrogatories and Requests for Production, dated December 2, 2003. In support of this motion, the defendant submits the following.

Objections to the plaintiff's interrogatories and production requests have been filed, and the availability of the information sought by this plaintiff is currently being determined. Therefore, additional time will be necessary to gather the requested data.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN
& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

*[Handwritten margin annotations: "Janet Bond Arterton, U.S.D.J."; "1/08/04: Motion GRANTED, to and including 2/16/04. IT IS SO ORDERED. Dated at New Haven, Connecticut."]*

The plaintiff is a pro se prisoner currently incarcerated at MacDougall Corrections Institute in Suffield, Connecticut. As a result, the undersigned is unable to contact the plaintiff and, therefore, his position as to this motion is unknown.

This is the defendant's <u>first</u> motion for enlargement of time in which to respond to the plaintiff's interrogatories and requests for production.

WHEREFORE, for the foregoing reasons, the undersigned defendant respectfully requests that the Court grant this motion and permit the defendant an additional forty-five days to respond to the plaintiff's interrogatories and production requests.

DEFENDANT,
BRIAN FOLEY

BY: _____
James J. Szerejko
Fed. Bar No. ct 04326
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tele: (860) 522-6103

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 31st day of December, 2003, the foregoing was either mailed, postpaid, or hand-delivered to:

Miguel A. Diaz #250008
MacDougall Corrections Institute
1153 East Street South
Suffield, CT 06080

_____
James J. Szerejko

499312.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105