## UNITED STATES DISTRICT COURT

FILED

2004 JAN -7 P 4: 38

US DISTRICT COURT
BRIDGEPORT CT

Miguel A. Diaz
Petitioner(s)

vs.

Brian Foley
Respondent(s)

Case No. 3:02CV2147(JBA)

# MOTION FOR JUDGEMENT OF DEFAULT PURSUANT TO RULE 55, FED.R.CIV.P.

I, the Plaintiff, hereby Respectfully Ask the Court for a Judgement of Default to be entered against Defendant pursuant to Rule 12(a)(1) for failure to plead or defend within (20) days

And, citing Ruling And Order, Filed Nov. 18th, 2003, Plaintiff complied and effected service on Defendants by U.S. Mail on 12/9/03, (copy of Complaint and Summons) well within (60) days from date of Order.

As of the date of this Motion

Plaintiff has not received Defendants Notice of Appearance.

Nor has Plaintiff received any Motion for an Extension of time from Defendant.

Plaintiff now Respectfully moves the Court for a Default Judgement on Defendants pursuant to Rule 55 for failure to respond in (20) days under Rule 12(a)(2), And in light of Defendants past claims of insufficiency of Service of Process this failure to File an Appearance seems to allude to an air of indifference concerning this Civil Action and Plaintiff asks the Court for an Order of Default of which Judgement shall include Full Request for Relief as stated in Complaint, to include Official and Individual Capacities.

2. By Plaintiff, Miguel A. Diaz (S)

Miguel A. Diaz #250008
MacDougall C.I.
1153 East St.-South
Suffield, CT. 06080

## CERTIFICATION

I, the Plaintiff, certify that a copy of the Foregoing Motion and Summons (Proof of Service) was mailed by U.S. Mail to Defendants Counsel pursuant to Rule 5(b) on the ____ day of _____ 2004 to:

Halloran and Sage
One Goodwin Square
225 Asylum Street
Hartford, CT. 06103

Plaintiff, Miguel A. Diaz (S)
Miguel A. Diaz
#250008

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Connecticut

Miguel A. Diaz

V.

Brian Murphy

**SUMMONS IN A CIVIL CASE**

PRISONER
CASE NUMBER: 3:02cv2147(JBA)

TO: (Name and address of Defendant)

Brian Foley
55 Jennings Road
Hartford, CT 06120

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Miguel Diaz # 250008
Northern Correctional Ins
P.O. Box 665
Somers, CT 06071

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEVIN F. ROWE                                    11/25/03

CLERK                                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 12/9/03 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Miguel Diaz | Plaintiff |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Hollocan and Sage  One Goodwin Square 225 Asylum St Hartford, CT 06103 / Brian Foley 50 Jennings Rd Hartford, CT 06120

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Sent a copy to Deffendants attorney Hollocan and Sage at One Goodwin Square 225 Asylum St Hartford CT 06103 and another copy to Deffendant Brian Foley at 50 Jennings Rd Htfd CT 06120 his place of work. Sent by U.S. Mail.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/9/03
                 Date

Signature of Server: Miguel C. Diaz #250008

Address of Server:
Macdougall
1153 East St South
Suffield CT 06080

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.