UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MIGUEL A. DIAZ | : | **PRISONER UNIT** |
| Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:02 CV 2147 (JBA)(JGM) |
| VS. | : | |
| | : | |
| | : | |
| BRIAN FOLEY | : | |
| Defendant | : | JANUARY 8, 2004 |

## **MOTION TO DISMISS**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the undersigned defendant, Brian Foley, respectfully moves to dismiss all claims directed to him, as they fail to state a claim upon which relief can be granted. For the reasons set forth in the attached Memorandum of Law, this defendant respectfully submits that his motion should be granted.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

                    DEFENDANT,
                    BRIAN FOLEY

BY: _____
     James J. Szerejko
     Fed. Bar No. ct 04326
     HALLORAN & SAGE LLP
     One Goodwin Square
     Hartford, CT  06103
     Tele: (860) 522-6103

## CERTIFICATION

    This is to certify that on this 8th day of January, 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

Miguel A. Diaz #250008
MacDougall Corrections Institute
1153 East Street South
Suffield, CT  06080

                        _____
                        James J. Szerejko

500953.1(HS-FP)

- 2 -

One Goodwin Square    HALLORAN    Phone (860) 522-6103
225 Asylum Street    & SAGE LLP    Fax (860) 548-0006
Hartford, CT 06103        Juris No. 26105