# U.S. District Court
## District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:02-cv-02147-JBA

Diaz v. Foley
Assigned to: Janet Bond Arterton
Referred to: Joan G. Margolis
Demand: $50000
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 12/06/02
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**
-----------------------

**Miguel A. Diaz**    represented by **Miguel A. Diaz**
Inmate 250008
MacDougall Corrections Institute
1153 East Street South
Suffield, CT 06080
PRO SE

V.

**Defendant**
-----------------------

**Brian Foley,** *I/O*    represented by **James J. Szerejko**
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103
860-297-4658
Fax : 860-548-0006
Email: szerejko@halloran-sage.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|---|---|---|
| 12/06/2002 | 2 | COMPLAINT (D'Onofrio, B.) Modified on 12/17/2002 (Entered: 12/06/2002) |
| 12/06/2002 | 1 | MOTION by Miguel A. Diaz to Proceed in Forma Pauperis (D'Onofrio, B.) Modified on 12/17/2002 (Entered: 12/06/2002) |
| | | |

| | | |
|---|---|---|
| 12/06/2002 | 3 | MOTION by Miguel A. Diaz for Appointment of Counsel (D'Onofrio, B.) Modified on 12/17/2002 (Entered: 12/06/2002) |
| 01/23/2003 | 4 | RULING denying [1-1] motion to Proceed in Forma Pauperis Further proceedings held in abeyance until 2/11/03 pending receipt of filing fee in the amount of $ 150.00. Failure to tender the filing fee within 30 days of this order will result in dismissal. ( signed by Mag. Judge Holly B. Fitzsimmons ) (Jaiman, R.) (Entered: 01/24/2003) |
| 02/02/2003 | 5 | Plaintiff is directed to effect service on the complaint on defendant Brian Foley of the Hartford Police Dept., within 120 days from the date of the order and to file a return of service within 130 days from the date of this order (Judge Holly B. Fitzsimmons ) (Jaiman, R.) (Entered: 02/13/2003) |
| 02/10/2003 | | Filing Fee Paid; FILING FEE $ 150 RECEIPT # B5596 (Larsen, M.) (Entered: 02/10/2003) |
| 02/20/2003 | | SUMMONS(ES) issued for Brian Foley (Jaiman, R.) (Entered: 02/20/2003) |
| 06/02/2003 | | CASE referred to Mag. Judge Joan G. Margolis (Jaiman, R.) (Entered: 06/02/2003) |
| 06/04/2003 | 6 | MOTION by Miguel A. Diaz to Extend Time to 9/10/03 to serve summons & complaint (Corriette, M.) (Entered: 06/05/2003) |
| 06/10/2003 | 7 | RULING and ORDER denying [3-1] motion for Appointment of Counsel ( signed by Mag. Judge Joan G. Margolis ) 2 Page(s) (Jaiman, R.) (Entered: 06/13/2003) |
| 06/20/2003 | | ENDORSEMENT granting [6-1] motion to Extend Time to 9/10/03 to serve summons & complaint ( signed by Mag. Judge Joan G. Margolis ) (Jaiman, R.) (Entered: 06/25/2003) |
| 07/09/2003 | | SUMMONS(ES) reissued for Brian Foley (Jaiman, R.) (Entered: 07/09/2003) |
| 07/28/2003 | 8 | MOTION by Miguel A. Diaz for Disclosure of evidence (Brief Due 8/18/03 ) (Corriette, M.) (Entered: 07/29/2003) |
| 07/28/2003 | 9 | NOTICE of Service by Miguel A. Diaz (Corriette, M.) (Entered: 08/01/2003) |
| 09/08/2003 | 10 | RULING and ORDER granting [8-1] motion for Disclosure of evidence ( signed by Mag. Judge Joan G. Margolis ) 1 Page(s) (Jaiman, R.) (Entered: 09/11/2003) |

| | | |
|---|---|---|
| 09/17/2003 | 11 | SUMMONS Returned Executed on 9/2/03 as to Brian Foley (Corriette, M.) (Entered: 09/18/2003) |
| 10/02/2003 | 12 | APPEARANCE of Attorney for Brian Foley -- James J. Szerejko (Corriette, M.) (Entered: 10/03/2003) |
| 10/02/2003 | 13 | MOTION by Brian Foley to Dismiss (Brief Due 10/23/03) (Corriette, M.) (Entered: 10/03/2003) |
| 10/02/2003 | 14 | MEMORANDUM by Brian Foley in support of [13-1] motion to Dismiss (Corriette, M.) (Entered: 10/03/2003) |
| 11/06/2003 | 15 | Memorandum in Opposition re [13] Motion to Dismiss filed by Miguel A. Diaz. (Corriette, M.) (Entered: 11/10/2003) |
| 11/18/2003 | 16 | RULING and ORDER denying [13] Motion to Dismiss. The clerk is directed to issue a summons for defendant Foley and send it to Diaz with this ruling. Signed by Judge Janet Bond Arterton on 11/18/03. (Jaiman, R.) (Entered: 11/24/2003) |
| 11/21/2003 | 17 | RESPONSE re [13] Motion to Dismiss filed by Brian Foley. (Corriette, M.) (Entered: 11/26/2003) |
| 11/24/2003 | 18 | NOTICE TO PARTIES, this file is maintained in Bridgeport. Signed by Clerk on 11/24/03. (Jaiman, R.) (Entered: 12/01/2003) |
| 11/25/2003 | | Summons Issued as to Brian Foley. (Jaiman, R.) (Entered: 11/25/2003) |
| 12/02/2003 | 19 | SCHEDULING ORDER: Discovery due by 6/2/2004. Dispositive Motions due by 7/2/2003. Signed by Judge Joan G. Margolis on 12/1/03. (Jaiman, R.) (Entered: 12/11/2003) |
| 12/02/2003 | | Answer updated for Brian Foley to 2/2/2004. (Jaiman, R.) (Entered: 12/11/2003) |
| 12/12/2003 | 20 | SUMMONS Returned Executed by Miguel A. Diaz. Brian Foley served on 12/9/2003, answer due 12/29/2003. (Corriette, M.) (Entered: 12/15/2003) |
| 01/05/2004 | 21 | MOTION for Extension of Time until 2/16/2004 to respond to interrogatories and discovery by Brian Foley. (Falcone, K.) (Entered: 01/06/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/08/2004 11:54:32 | | | |
| PACER Login: | hs0028 | Client Code: | |
| Description: | Docket Report | Case Number: | 3:02-cv-02147-JBA |
| Billable Pages: | 2 | Cost: | 0.14 |