AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Connecticut

Miguel A. Diaz

V.

Brian Murphy

**SUMMONS IN A CIVIL CASE**

PRISONER
CASE NUMBER: 3:02cv2147(JBA)

TO: (Name and address of Defendant)

Brian Foley
55 Jennings Road
Hartford, CT 06120

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Miguel Diaz # 250008
Northern Correctional Ins
P.O. Box 665
Somers, CT 06071

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEVIN F. ROWE

CLERK

(By) DEPUTY CLERK

DEC 1 2 2003

11/25/03

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 12/9/03 |
| NAME OF SERVER (PRINT)<br>Miguel Diaz | TITLE<br>Plaintiff |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Halloran and Sage One Goodwin Square 225 Asylum St Hartford, CT 06103 / Brian Foley 50 Jennings Rd Hartford, CT 06120

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Sent a copy to Defendants attorney Halloran and Sage at One Goodwin Square 225 Asylum St Hartford CT 06103 and another copy to Defendant Brian Foley at 50 Jennings Rd Htfd CT 06120 his place of work. Sent by U.S Mail.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/9/03
              Date

Signature of Server: Miguel C. Diaz #25008

Address of Server:
Macdougall
1153 East St South
Suffield CT 06080

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**FILED**

COMPLAINT UNDER 42 U.S.C. §1983

Miguel A. Diaz #250008
Northern C.I
P.O Box 665
Somers, CT 06071
Full name and address of the Plaintiff

Case No. _____
(To be supplied by Clerk)

3:02CV2147(JBA)

v.

Foley, Brian (state official)
of City of Hartford police dept.
fifty Jennings Road
Hartford, CT 06120
Being sued in individual
capacity and official
capacity.

Name(s) and address(es) of the Defendant(s)
(Indicate whether being sued in individual capacity, official capacity, or both.)

1

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES___ NO _X_

2. If your answer to #1 is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same format.)

   A. Parties to the previous lawsuit:

   Plaintiffs: _____ N/A _____
   _____
   _____

   Defendants: _____ N/A _____
   _____
   _____

   B. Court (If federal court, provide the district; if state court, provide the state and county.)_____
   _____ N/A _____

   C. Docket number _____
   D. The judge to whom the case was assigned _____ N/A
   E. Disposition (Was the case dismissed? Settled? Still pending?) _____ N/A
   _____
   _____
   F. Approximate date lawsuit was filed _____ N/A
   G. Approximate date of disposition _____ N/A

2

3. Your present address or place of confinement  Northern C.I.
P.O Box 665 Somers CT 06071

4. If incarcerated, what is your inmate number?  250008

5. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra sheets if necessary and include a copy of each extra sheet with each copy of the complaint that is submitted.

The deffendant Foley, Brian is involed because he used improper excessive force and in result I got a fracture in right wrist and lac to right leg and right arm pain. The date and address of occurence is 12/02/99 at 977 West Blvd, Hartford CT 06106 I went to the emergency room at time of arrest at St. Francis Hospital. The officer kept calli me bad words like spic and asshole and mother fucker and street punk. The same time he kept hitting me and I tryed covering my head and legs he kept on macing me too I felt my hand pumping and burning, My leg I had pain and when he and other officers notice before putting in th car because I told them they looked at him and remarked. you broke his hand he said Fuck him putting in th car.

3

6. <u>Relief Requested</u>

State here as briefly as possible <u>exactly</u> what you want the court to do for you. Do not make any legal arguments. Do not cite any cases or statutes.

I ask for the deffendant to recieve physiolgy evaluation and anger management. I would also request relief financially for my injury and a apology. I request financial relief in the amount of $50,000 - fifty thousand dollars.

7. <u>Demand for a Jury Trial</u>

Do you wish to have a jury trial? Yes  X    No ____

8. Have you read the instructions furnished with this complaint form and checked all of the answers and statements made in this complaint? _____yes_____

Signed this __5__ day of __July__, __2002__

_Miguel A. Diaz II_
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

__July 5 2002__                              _Miguel A. Diaz II_
Date                                          Signature of Plaintiff

4