# UNITED STATES DISTRICT COURT

2004 JAN 22 P 4: 19

US DISTRICT
JANUARY 21, 2004

MIGUEL A. DIAZ
Petitioner(s)

vs.

BRIAN FOLEY
Respondent(s)

Case No. 3:02CV2147(JBA)(JGM)

## OPPOSITION TO DEFENDANTS MOTION TO DISMISS

Pursuant to the Fed. R. Civ. P., Plaintiff asks the Court to deny Defenses Motion to Dismiss, dated January 8, 2004, on the following facts and/or laws or any other defenses allowable under the Federal Rules of Civil Procedure.

Defendants claim to Dismiss based on Rule 12(b)(6) is without merit and is a redundant Motion already <u>Ruled</u> on by the Court in a Preceeding <u>Motion</u> by Defendant (Sept. 30, 2003). <u>Ruled November 18, 2003</u>

For reasons set forth in Plaintiffs Memorandum in Opposition, Defendants Motion should respectfully be denied. Attached 5-pg. Memorandum.

By Plaintiff Miguel Diaz

(s) *Miguel C. Diaz*
Miguel Diaz #250008
MacDougall C.I
1153 East St.-South
Suffield, CT. 06080

## CERTIFICATION

I, the Plaintiff, hereby certify a copy of this Motion was mailed to the following Counsel of record on the 22nd day January, 2004. to:

James J Szerejko
of Halloran & Sage LLP
One Goodwin Square
Hartford, CT. 06103

(s) *Miguel C. Diaz*
Miguel Diaz

2.