UNITED STATES DISTRICT COURT FILED

MIGUEL A. DIAZ
Petitioner(s)

vs.

BRIAN FOLEY
Respondent(s)

JANUARY 21, 2004

Case 3:02 CV 2147 (JBA)(JGM)

# MEMORANDA IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

The Plaintiff now moves the Court to respectfully deny Defendants Motion to Dismiss. Defendants claim pursuant to Rule 12(b)(6) holds no merit at all and for the reasons and/or facts of laws and facts of this Action Defendants Motion should be denied.

1) Defendant filed Motion to Dismiss on Sept. 30, 2003 using same defense of Rule 12(b)(6) based on Rule 12(b)(5), insufficiency of Service of Process And <u>Defendants Reply Brief in Support of Motion to Dismiss</u>, dated Nov. 20, 2003, cites the same Statute of Limitations Claim addressed in this present Motion which was

<u>Ruled</u> Nov. 18, 2003., "defendants motion is denied without prejudice".

Plaintiff reserved Defendant under same <u>Ruling</u> of Nov. 18, 2003, which cured insufficiency of Service of Process.

Now, Defendant again brings before the Court another <u>Motion to Dismiss</u>, Jan 8, 2004, using Statutory Claims already Ruled on in previous <u>Motion to Dismiss</u> of Sept 30, 2003 and <u>Supporting Memorandum</u> of Nov. 20, 2003

It would seem Defendants only claim of failure to state a claim upon which relief can be granted, is based on the Complaint itself, which also is without merit.

Plaintiff, will attack the Statutory element of Defendants claim, even though it was <u>Ruled</u> on in Plaintiffs favor.

A. Plaintiff already filed <u>Opposition Brief</u> in Response to Defendant Reply Brief. Dec. 1, 2003 which addressed the Statutory issue.

B. Using Defendants own Exh. B-Complaint, the Court will see on page 1 several FILED dates, the first being Aug. 1, 2002 - A 11:10, which clearly shows action <u>commenced</u> within the 3-year Limitation despite the U.S. District Court Pacer Docket date showing Dec. 6, 2002. See Also Complaint

2.

Exh B - pg 4, signed and dated July 5, 2002.
And C. Attached DOC Receipts ⓓ and ⓓ1 of Plaintiffs Opposition Brief of Dec. 1, 2003, showing ⓓ First attempt at Filing Fee, 7-10-02 and final ⓓ1 and accepted Filing Fee dated 12-2-02, proving commencement of Action. [IN Institutional Mail within time] -

As such Defendants Claim of a statutory nature is invalid. Plaintiff has clearly shown commencement of Action within the statutory provisions, State and Federal.

Plaintiff will now show that Defendants
II. Arguement in A. Standard of Review Also is without merit.

D. Plaintiff has stated in his Complaint 8th Amendment Violations which Resulted in injury in which Plaintiff asks $50,000°° in Punitive Damages as well as Injuctive Relief in the form of Therapy for Defendant.

Plaintiff has made direct allegations of Abuse. As such, all facts and Reasonable inferences must be viewed in favor of the Non-moving Party.

E. There are issues of, genuine issues, fact that are the whole crux of this Action.

Plaintiffs evidence is such, even without the

3.

United States, 552 F.2d 560, 564 (3rd Cir. 1977)

For all the facts stated and evidence of injury and sworn statements the Defendants motion should respectfully be denied.

And, if the Court decides to convert Defendants Motion to Dismiss to a Motion for Summary Judgement pursuant to Rule 12(b)(6), Plaintiff asks that he be given sufficient Notice of conversion and adequate time and opportunity to present all materials pertinent to such motion. Kopec v Coughlin, 922 F.2d 152, 154-55 (2d Cir. 1991)

Wherefore, the foregoing reasons, the undersigned Plaintiff Respectfully requests that the Court Deny Defendants Motion to Dismiss.

By Plaintiff, Miguel Diaz (s)
Miguel Diaz #250008
MacDougall C.I.
1153 East St. South
Suffield, CT. 06080

5.

## CERTIFICATION

I, the Plaintiff, hereby certify a copy of the foregoing was mailed by U.S. Mail to Counsel of record on the 22nd day of January, 2004 to

James J. Szerejko
of Halloran & Sage LLP
One Goodwin Square
Hartford, CT. 06103

(s) Miguel A. Diaz
Miguel A. Diaz #250008

Special Request
Connecticut Department of Correction  (201) D

| N | Date | 7-10-02 |
|---|---|---|
| Inmate Name Miguel A. Diaz | Inmate No. 250008 | |

**Payee Information**

Name  Clerk of court United States District court
Street  450 Main Street
City    Hartford
State, Zip Code  CT  06103

Reason  For Filing Fee cost for complaint

Amount $ 120.00  one hundred twenty dollars

Inmate Signature
(in presence of counselor)  Miguel C. Diaz II

Counselor Signature:
Date:  7/10/02

Approvals:

Counselor Supervisor

Warden/Dep. Warden

Business Office Use Only:

| | Number | Amount | Date |
|---|---|---|---|
| Check | | | |
| Business Office Staff Releasing Funds | | Date | |

COMPLETE

APPROVAL STAMP:

Original:  Regional Business Office
CC:       Pink - Counselor
          Yellow - Inmate

141

D1

**Special Request Form**
**Connecticut Department of Correction**   Facility

| | |
|---|---|
| Inmate No. 250008 | Date 11-29-02 |
| Inmate Name Miguel A. Diaz | |

**Payee Information**

Name: United States District Court Clerk
Street: 450 Main ST
City: Hartford
State, Zip Code: CT 06103

Reason: Complaint filing fee

Amount $ 150.00 One Hundred-Fifty dollars.

Inmate Signature (in presence of staff): Miguel A. Diaz II

Staff Signature: J.O.
Date: 12/2/02

Approvals: M. Suse (P)
Supervisor

RECEIVED DEC 6 2002

Warden/Designee

APPROVAL STAMP:   APPROVED

Original: Inmate Trust Fund
Pink: Inmate
Yellow: Facility Staff

EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

Clerk, Kevin F. Rowe          Chief Deputy Clerk Victoria Minor
                              Deputy in Charge Chrystine Cody

RE: Case Diaz vs. Foley, et al Docket NO. 3:02CV2147(JBA) Prisoner

I know Miguel A. Diaz because he is a friend of my brother and my family. Mr. Diaz parks his car infront of my house because he was staying at his girlfriends house on Beacon ST On this certain day I remember what happen but I do not remember the date. Mr. Diaz has a loud car stereo in his car so I heard him park infront of my house. I looked out the window and said hello to Mr. Diaz. Mr. Diaz was with a guy named Cuch. I do not know Cuch real name. AT that moment Mr. Diaz and I had a couple of words and the Hartford Police pulled up on Mr. Diaz and Cuch. Every one knows Office Foley because he always patrols the area. Officer Foley jumped out the police car and Mr. Diaz had started running towards Beacon ST. Officer Foley had grabed Cuch and the officer in the police car went after Mr. Diaz. I went outside to see what was going to happen so I walked to the corner of Beacon ST and West Boulevard and I saw the police car and Mr. Diaz had been stopped by the officer. Mr. Diaz had his hands on top of the police car. Then I see officer Foley running through the yard and he took out his police club and started to hit Mr. Diaz as well as spraying him with the pepper spray. Mr. Diaz covered his face and curled up in a ball on the floor. I started to walk back to the house. Cuch was in custody of another police at that time. The police then searched the floor and found something and arrested Mr. Diaz and let Cuch go. This is what I saw that day.

                              This is a sworn statement by:

X *Jose Roma*

*Melania Rivera*
*Notary Public*
*my commission exp*
12-31-06

United States District Court
District Of Connecticut
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

Clerk Kevin F. Rowe                Chief Deputy Clerk Victoria Minor
                                   Deputy in Charge Chrystine Cody


RE: Case Diaz vs. Foley, et al Docket NO. 3:02CV2147(JBA) Prisoner


While visiting my friend James house on West Boulevard I saw
infront of his house the police. The police had A guy named
Cuch in thier custody and Mr. Diaz had ran from the police
I know he ran because a friend Jose was speaking with him
out the porch window when Mr. Diaz ran. The officer that had
Cuch was officer Foley. I know the officer Foley because
he always arresting the guys around the block. Officer Foley
had left Cuch with some other police and ran towards Beacon
ST. Then in like about ten minutes he came back in front of
the house where Mr. Diaz car was with Mr. Diaz in his custody
Mr. Diaz had pepper spray all over his face and was limping.
The police placed him in the police car and searched the
floor and found something and arrested Mr. Diaz. The police
let Cuch go on his way. Thats all I really saw until Mr. Diaz
came home after bonding out with a cast on his hand.


                               This is a sworn statement by:

                               *[signature]*

                               CARLOS SANTIAGO 3rd

                               Sworn to and Subscribed before me this
                               12th day of June 2003

                               *[notary signature]*

EXHIBIT B

ORIGINAL

**SAINT FRANCIS HOSPITAL AND MEDICAL CENTER**
HARTFORD, CONNECTICUT 06105


*FACESHEET*

C 679624

| MEDICAL RECORD NUMBER | EMERGENCY | PRINT TIME: 12/02/99 15:46 | ACCOUNT NUMBER |
|---|---|---|---|
| | | | 100041699 |

| NAME (LAST, FIRST, M.I.) | SEX | ETHNIC | DATE OF BIRTH | AGE | M/S | PRIOR SFH/MC ENCOUNTER |
|---|---|---|---|---|---|---|
| DIAZ MIGUEL ANGEL JR | M | H | 04/19/1980 | 19Y | S | 01/18/93 |

| STREET | CITY/TOWN | STATE | ZIP CODE |
|---|---|---|---|
| 69 WADSWORTH ST. FIRST FLOOR | HARTFORD | CT | 06106 |

| COUNTRY | LANGUAGE | HOME PHONE | OTHER NAME | SOCIAL SECURITY NO. |
|---|---|---|---|---|
| | ENGLIS | 860 246-0194 | | 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 |

| ID SOURCE | RELIGION | PLACE OF WORSHIP | EMPLOYEE |
|---|---|---|---|
| PATIENT/SELF | NAV | NOT AVAILABLE | |

| EMPLOYER NAME | WORK/OTHER PHONE | OCCUPATION |
|---|---|---|
| MASTERBEE PRODUCTIONS  69 WADSWORTH ST.  HARTFORD | 860 939-0354 | CT 06106-0000 |

| NAME (LAST, FIRST, M.I.) | HOME PHONE | WORK PHONE | RELATION | EM NOTIFY |
|---|---|---|---|---|
| DIAZ BERNARDINA  69 WADSWORTH ST. FIRST FLOOR | 860 246-0194/860 000-0000 | | PARENT HARTFORD CT 061060000 | Y |

| NAME (LAST, FIRST, M.I.) | HOME PHONE | WORK PHONE | RELATION | EM NOTIFY |
|---|---|---|---|---|
| DIAZ BERNARDINA  69 WADSWORTH ST. FIRST FLOOR | 860 246-0194/860 000-0000 | | PARENT HARTFORD CT 061060000 | Y |

| NAME (LAST, FIRST, M.I.) | DATE OF BIRTH | HOME PHONE | SOCIAL SECURITY NO. |
|---|---|---|---|
| DIAZ MIGUEL ANGEL JR  69 WADSWORTH ST. | 04/19/1980 | 860 246-0194  FIRST HARTFORD | 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  CT 06106-0000 |

| EMPLOYER NAME | WORK PHONE |
|---|---|
| MASTERBEE PRODUCTIONS  69 WADSWORTH ST.  FIRST FLOOR | 860 246-0194  HARTFORD CT 06106-0000 |

| INSURANCE CARRIER/PLAN | POLICY NUMBER | GROUP NAME |
|---|---|---|
| MEDICAID          STATE (DTM) | 001387116 | |

| INSURED NAME (LAST, FIRST, M.I.) | DATE OF BIRTH | RELATION | GROUP # | INJURY DATE | CODE |
|---|---|---|---|---|---|
| DIAZ MIGUEL ANGEL JR | 04/19/1980 | PATIENT IS | | 12/02/99 | |

| INSURANCE CARRIER/PLAN | POLICY NUMBER | GROUP NAME |
|---|---|---|
| PATIENT BALANCE   STANDARD | | |

| INSURED NAME (LAST, FIRST, M.I.) | DATE OF BIRTH | RELATION | GROUP # |
|---|---|---|---|
| | | | |

| INSURANCE CARRIER/PLAN | POLICY NUMBER | GROUP NAME |
|---|---|---|
| | | |

| INSURED NAME (LAST, FIRST, M.I.) | DATE OF BIRTH | RELATION | GROUP # |
|---|---|---|---|
| | | | |

| ADMIT DATE | ADMIT TIME | USER | SVC AREA | SCH. PROC DATE | ACC | NS | ROOM |
|---|---|---|---|---|---|---|---|
| 12/02/99 | 15:36 | CCOR | MEDX | | | | |

| ATT: | 998 | ER MD | PAT INTV: YES | RESP INTV: NO |
|---|---|---|---|---|
| | | | ADV DIR: NO | |
| PCP: | 270 | RODRIGUEZ ALBERT | ORG DONOR: NO | |

| ADMITTING DIAGNOSIS/COMPLAINT | SCH PROCEDURE |
|---|---|
| LAC TO RIGHT LEG AND RIGHT ARM | |

| MODE ARR. DESCRIPTION | LAST E.R. VISIT | |
|---|---|---|
| POLICE | 11/10/98 | COC: YES |

DIS:
DIS NEEDS:
LANG INTER:
ROOM PREF:                                        EMERGENCY
VISIT COM: PAT IS IN POLICE CUSTODY
           CARD NOT AVAILABLE

FORM # 0724205-1                MEDICAL RECORDS COPY                061799