15:36

100041699        Y

DIAZ MIGUEL ANGEL JR
998        ER MD
0679624    C 679624    12/02/99
04/19/1980    M    H    NAV

**EDENCOUNTER**

## SAINT FRANCIS HOSPITAL & MEDICAL CENTER
### EMERGENCY DEPARTMENT ENCOUNTER FORM

| MEDICAL CARE PROVIDER | PATIENT WANTS MD NOTIFIED ☐ YES ☐ NO | TIME CALL PLACED |
|---|---|---|

| RECORDS REVIEWED | | |
|---|---|---|
| ☐ IN HOSPITAL | ☐ PRE HOSPITAL | ☐ W-10 |
| ☐ ED RECORDS | ☐ CLINIC | ☐ OFFICE |

PAST MEDICAL HISTORY

CURRENT MEDICATIONS

FAMILY HISTORY

SOCIAL HISTORY

REVIEW OF SYSTEMS: CONSTITUTIONAL, EYES, ENT, CARDIOVASC, RESPIRATORY, GI, GU, M-S, INTEGUMENTARY, NEURO, PSYCH, ENDOCRINE, HEME/LYMPH, ALLERGIC/IMMUNO

### CLINICAL DATA

| VITAL SIGNS | T ☐O ☐R | LYING | P | BP / | PULSE OX |
|---|---|---|---|---|---|
| | R | SIT STAND | P | BP / | WEIGHT |

ALLERGIES ☐ NO ☐ YES

EVALUATION TIME:    CHIEF COMPLAINT:

19 y/o male s/p problems c̄ police officer in shackles c/o pain R wrist constant aching radiating distally numbness and tingling in R hand → fingers
R leg cut, bleeding a lot

Exam: A+O's x3 NAD
AT NC PERRL EOMI
R Lower ext 2cm laceration clean through to subcu. vertical ∅ foreign object visible

procedure:
Lido 1% 3cc    R lower ext neurovascular    splint 3" ulnar
Irrigated NS    intact FROM ∅ sensory    w/ ace wrap
Ethilon 4-0    deficit noted
5 sutures placed   Knee and ankle exam
                   w/in nl limits, no
                   abnormalities noted    800mg motrin po

SIGNATURE HOUSE OFFICER OR STUDENT:    WITH:    SIGNATURE INITIAL ATTENDING PHYSICIAN:

DISCHARGE DIAGNOSIS:
1. Leg laceration
2. 5th R carpal fx
3.

TREATMENT: Motrin 800mg po T/P pain
F/U ortho clinic

LAB RESULTS: WBC, DIFF, Hgb/Hct, Platelets, URINE PREGNANCY TEST, Na/K, Cl/CO₂, GLUC, BUN/Cr, PT/PTT, INR

EKG
X-RAY: R wrist R/o fx
ADDITIONAL LAB

☒ SEE DISCHARGE INSTRUCTIONS  ☐ DCF REFERRAL

CONDITION ON DISCHARGE OR TRANSFER FROM E.D.:
☐ IMPROVED  ☒ STABLE  ☐ SERIOUS  ☐ CRITICAL  ☐ DER  ☐ DOA

1ST CONSULT SERVICE ___  TIME REQUESTED ___
2ND CONSULT SERVICE ___  TIME REQUESTED ___

☐ TREATED & DISCHARGED  ☐ LWBS  ☐ TRANSFERRED  ☐ LEFT AMA
☐ ADMITTED TO ___

DISCHARGING ATTENDING PHYSICIAN'S SIGNATURE

☐ ADDITIONAL PHYSICIAN'S NOTES USED

I refuse to abide by the advice of the attending physician and hereby release to ST. FRANCIS HOSPITAL from any liability whatsoever.

WITNESS ___    SIGNATURE ___

CPT - 12001
12/13

MEDICAL RECORDS

Diaz Miguel Angel JR
C 67962Y

**SAINT FRANCIS HOSPITAL & MEDICAL CENTER**
**EMERGENCY DEPARTMENT ENCOUNTER FORM**

| MEDICAL CARE PROVIDER | PATIENT WANTS MD NOTIFIED ☐ YES ☐ NO | TIME CALL PLACED |
|---|---|---|

**CLINICAL DATA**

| VITAL SIGNS | T | M/O/R | LYING | P | BP / | PULSE OX |
|---|---|---|---|---|---|---|
| | R | | SIT STAND | P | BP / | WEIGHT |

RECORDS REVIEWED: ☐ IN HOSPITAL ☐ PRE HOSPITAL ☐ W-10 ☐ ED RECORDS ☐ CLINIC ☐ OFFICE
PAST MEDICAL HISTORY
CURRENT MEDICATIONS
FAMILY HISTORY
SOCIAL HISTORY
ALLERGIES ☐ NO ☐ YES

REVIEW OF SYSTEMS: CONSTITUTIONAL, EYES, ENT, CARDIOVASC, RESPIRATORY, GI, GU, M-S, INTEGUMENTARY, NEURO, PSYCH, ENDOCRINE, HEME/LYMPH, ALLERGIC/IMMUNO

EVALUATION TIME: Cont.
12/3

CHIEF COMPLAINT:

① wrist ~~soft~~ couple tenderness 5th
② edema ecchymosis
FROM of ① elbow and wrist
® upper ext neurovascular intact
No sensory deficit noted in digits
Strength 5/5
Pt has stable gait ambulating
Cranial nerves I-XII intact

DISCHARGE DIAGNOSIS: 1. 2. 3.
TREATMENT:

LAB RESULTS: WBC, DIFF, Hgb/Hct, Platelets, Urine Pregnancy Test, Na/K, Cl/CO2, GLUC, BUN/Cr, PT/INR, PTT, EKG, X-RAY, ADDITIONAL LAB

CONDITION ON DISCHARGE OR TRANSFER FROM E.D.: ☐ IMPROVED ☒ STABLE ☐ SERIOUS ☐ CRITICAL ☐ DER ☐ DOA
☒ SEE DISCHARGE INSTRUCTIONS ☐ DC/RETURN
☐ TREATED & DISCHARGED ☐ LWBS ☐ TRANSFERRED ☐ LEFT AMA ☐ ADMITTED TO

1ST CONSULT SERVICE ___ TIME REQUESTED ___
2ND CONSULT SERVICE ___ TIME REQUESTED ___
DISCHARGING ATTENDING PHYSICIAN'S SIGNATURE: [signature] M.D./D.O.
☐ ADDITIONAL PHYSICIAN'S NOTES USED

I refuse to abide by the advice of the attending physician and hereby release to ST. FRANCIS HOSPITAL from any liability whatsoever.

WITNESS ___ SIGNATURE ___

**MEDICAL RECORDS**

| | |
|---|---|
| 100041699  Y<br>DIAZ MIGUEL ANGEL JR<br>998    ER MD<br>0679624  C 679624    12/02/99<br>04/19/1980    M  H  NAV | **SAINT FRANCIS HOSPITAL & MEDICAL CENTER**<br>**EMERGENCY NURSING ASSESSMENT**<br><br>ADMISSION TIME 15:36    DISCHARGE TIME 17:46<br>"EDASSESSMENT"    NON U |

| | PARTY NOTIFIED | TIME | BY | WITNESS |
|---|---|---|---|---|
| ☐ POLICE ☐ ADMINISTRATION | | | | |

**CURRENT MEDICATIONS:** ntrex

**ALLERGIES:** NKA

**IMMUNIZATION:** UTD

**PATIENT DISPOSITION:** a-13am

**PAST MEDICAL HISTORY:** asthma

**TETANUS:** UTD

**CAREMAP Type:**

| T | APICAL/RADIAL | R | BP | O₂ on %O₂ SAT | MONITOR RHYTHM | MEDICATION GIVEN TIME | MED | DOSE/ROUTE | R.N. INITIAL | EFFECT |
|---|---|---|---|---|---|---|---|---|---|---|
| 99 | 80 | | 08/18 | | | | ST 1cc IM | | | |

**NURSING ASSESSMENT**

TRIAGE: LABREC MARYANN
CC: LAC RT LEG RT ARM PAIN

TIME PLACED FOR TREATMENT:

pt amb in PD custody, c/o
(R) arm + hand pain s/p struck
c̄ stick; Also c/o lac ant (R) calf
struck c̄ stick ~40 mins ago.
(R) edema dorsum (R) hand

over 3rd + 4th metacarpal
(R) radial, FROM, distal
neurovasc ✓ intact.
~2cm lac on leg. OSQ
tissue visible, Ⓝ active
bleeding.

Sutures placed by
PA – Hand Splinted
by PA – discharged
to pt. with HPD –

Signature: Malter...

```
MEDR2-1802                          ST FRANCIS CARE DO NOT COPY
12/05/99  08:01                         (QAXPSO)
                                                                    PAGE 001
 EDRE          12/02/99      CORP#:679624
 DIAZ, MIGUEL ANGEL JR       M 04/19/80 19
 SFHMC MR#:679624            ACCT#: 100041699
 ER, MD MD                      H   NAV

SUMMARY: 12/02 00:00 TO 00:00 12/05             (ED) UNSIGNED ORDERS
ALL ORDERS FOR SIGNATURE:                       -PERMANENT CHART COPY-


12/02/99  22:29
    25 DIPHTHERIA/TETANUS TOXOID ADSORBED (ADULT) INJ 0.5ML, IM, NOW,
       (12/02/99 22:29), (WS ).
ENTERED BY: CENCI, MAUREEN A.
                                  VERBAL ORDER
                            ENTERED FOR: SANDERS, WILLIAM M MD

                            SIGNATURE: _____
                            DATE: _____      TIME: _____


                            LAST PAGE
```

DIAZ, MIGUEL ANGEL JR        679624                    (ED) UNSIGNED ORDERS

```
MEDR2-1597                    ST FRANCIS CARE DO NOT COPY
12/05/99  05:04                        (QAXPRE)                      PAGE 001


 EDRE           12/02/99     CORP#: 679624
 DIAZ, MIGUEL ANGEL JR       M 04/19/1980  19
 SFHMC MR#: 679624           ACCT#: 100041699
 ER, MD MD                         H  NAV
 ST FRANCIS HOSPITAL & MEDICAL CENTER          (ED) DISCHARGE REPORT
                                                -PERMANENT CHART COPY-

SUMMARY: 12/02 00:00 TO 00:00 12/05

*X*NEW ORDERS ENTERED FOR THE DAY:

12/02/99  16:58
      24 X-RAY: WRIST RIGHT - COMPLETE, STAT, IN EMERG DEPT, INDICATIONS:
         PAIN, ANTERIOR, QUESTION OF: FRACTURE, (12/02/99 16:58), (R+AC)
ENTERED BY: +HYNDS-DECOTEAU, RACHAEL PA
                                          --COMPUTER-CODE SIGNATURE--



12/02/99  22:29
      25 DIPHTHERIA/TETANUS TOXOID ADSORBED (ADULT) INJ 0.5ML, IM, NOW,
         (12/02/99 22:29), (WS ).
ENTERED BY: CENCI, MAUREEN A.          RN       VERBAL ORDER

ENTERED FOR: SANDERS, WILLIAM M MD



                              LAST PAGE
-*-
```

```
MEDR2-2455                      ST FRANCIS CARE DO NOT COPY
12/14/99 10:00                        (QAIRLR)                    PAGE 001
                        SAINT FRANCIS HOSPITAL AND MEDICAL CENTER
                                  114 WOODLAND STREET
                                HARTFORD, CT.  06105-1299
                                * SAINT FRANCIS CAMPUS *
VERIFIED RESULTS REPORT                              PERMANENT CHART COPY
REQ#: I336-0211


PATIENT:      DIAZ, MIGUEL ANGEL JR          MR#:         679624
DOB:          04/19/80                       PDF:         00014314
LOC:          EDRE                           EPISODE#:    00009
ADMITTED:     12/02/99                       DISCHARGED:  12/02/99
ATTENDING:    ER, MD MD                      ACCT#:       100041699
ENTERED BY:   +HYNDS-DECOTEAU, RACHAEL PA

ORDER: WRIST RIGHT - COMPLETE     24.01


INDICATIONS: PAIN
             ANTERIOR

CLINICAL QUESTIONS: FRACTURE

DIAZ, MIGUEL ANGEL 10549206

DATE OF EXAM: 12/02/1999

HISTORY: ANTERIOR PAIN - QUERY FRACTURE.

RIGHT WRIST: AP, OBLIQUE AND LATERAL VIEWS OF THE RIGHT WRIST WERE OBTAINED
WITH SHOW AN UNDISPLACED, MINIMUMLY ANGULATED, FRACTURE OF THE MIDSHAFT
PORTION OF THE 5TH METACARPAL BONE.




DXX / 8852 / JMC/J -JAW
DD: 12/02/1999 17:49
TT: 12/14/1999 07:00
3110
815.03

--COMPUTER - CODE - SIGNATURE-- BROWN,B MD

                                    LAST PAGE
-*-
```

```
MEDR2-1598                       ST FRANCIS CARE DO NOT COPY
12/05/99  05:04                         (QAXPRE)
                                                                    PAGE 001

 EDRE         12/02/99      CORP#: 679624
 DIAZ, MIGUEL ANGEL JR      M 04/19/1980  19
 SFHMC MR#: 679624          ACCT#: 100041699
 ER, MD MD                  H  NAV                    (ED) DISCHARGE REPORT
 ST FRANCIS HOSPITAL & MEDICAL CENTER                 -PERMANENT CHART COPY-

SUMMARY: 12/02 00:00 TO 00:00 12/05

*X*PATIENT INFORMATION:
 12/02 15:46    ADMIT DX:LAC TO RIGHT LEG AND RIGHT ARM PAIN         PAFM
 12/03 03:47    FINAL DX:00004245944                                 PAFM
 12/02 15:46    DISABILITY INTERVIEW STATUS: COMPLETED               PAFM

*X*MEDICATIONS:
DIPHTHERIA/TETANUS TOXOID ADSORBED (ADULT) INJ 0.5ML,
 12/02 17:45    IM,GIV,DELTOID,LF
                CENCI, MAUREEN A.          RN


H: 12/02/99 17:46

                         USER NAMES AND INITIALS
INFC                         EXTDSC1      1999120324540
003153181637430CHCM          0PAFM
INFC                         EXTUPD1      1999120235713
003153138362510CHCM          0PAFM
INFC                         EXTUPD1      1999120235713
003153138362600CHCM          0PAFM
CENCI, MAUREEN A.     RN     MCAQ

                              LAST PAGE
-*-
```

```
MRDR2-1061                          ST FRANCIS CARE DO NOT COPY
12/03/99  06:33                         (QACPRE)                        PAGE 001

  EDRE         12/02/99    CORP#:679624
  DIAZ, MIGUEL ANGEL JR    M 04/19/1980  19
  SFHMC MR#:679624         ACCT#: 100041699
  KR, MD MD                    H NAV                 SUPPLEMENTARY REPORT
  ST FRANCIS HOSPITAL & MEDICAL CENTER               -PERMANENT CHART COPY-

SUMMARY: 12/02 00:00 TO 00:00 12/03

*X*PATIENT INFORMATION:                                                 PAFM
  12/02 15:46    ADMIT DX:LAC TO RIGHT LEG AND RIGHT ARM PAIN            PAFM
  12/02 15:46    DISABILITY INTERVIEW STATUS: COMPLETED

*X*MEDICATIONS:
DIPHTHERIA/TETANUS TOXOID ADSORBED (ADULT) INJ 0.5ML,
  12/02 17:45    IM,GIV,DELTOID,LF
                 CENCI, MAUREEN A.             RN

                         USER NAMES AND INITIALS
                              EXTUPD1     1999120235713
  INFC                        0PAFM
  003153138362510CHCM         EXTUPD1     1999120235713
  INFC                        0PAFM
  003153138362600CHCM
  CENCI, MAUREEN A.         RN      MCAQ

                                        LAST PAGE
 -*-
```

MIGUEL ANGLE DIAZ                     Thu Dec 02, 1999    Page 1
                                      5:46 PM
Discharge instructions from R.HYNDS-DECOTEAU PA-C/SANDERS
St. Francis Hospital and Medical Center Emergency Department

                    Emergency Department
              114 Woodland St., Hartford, CT  06105
                       (860) 714-4001
                  http://www.stfranciscare.org

The Department of Emergency Medicine at Saint Francis Hospital and
Medical Center appreciates your selecting us to provide for your
health care needs.  The examination and treatment provided was on
an emergency basis only and further tests and treatment may be
necessary.  The following instructions should be carefully reviewed
and followed.  Some laboratory test results may not be immediately
available.  X-rays are always reviewed within 24 hours by a
radiologist.  We will attempt to contact you at the number you gave
the registration clerk or your physician, if any abnormal test
result causes a change in your treatment plan.

DIAGNOSIS:   FIFTH CARPAL FRACTURE
             LACERATION LEG

HAND FRACTURE:
You have a fracture in one or more of the bones in your hand.
Immobilization of the injured area is very important.  Depending on
the fracture and its severity, you may have a splint or a cast, along
with a sling.  Sometimes a cast is applied later after swelling has
gone down.

If a splint was applied, do not remove it until your follow-up doctor
has approved it.  Don't try to relieve itching under the splint by
using any sharp object.  The splint should be loosened a little if it
feels too tight or if it seems to interfere with circulation.

Elevation of your arm is very important in decreasing the swelling
and pain in your hand.  Maintain elevation at the level of the heart
or above.  If you are experiencing more than mild pain, it may be
because of not elevating enough.  Elevation is especially important in
the first days after a significant wrist injury.

Ice is helpful to reduce swelling and pain for the first 2-3 days.
Use ice packs over the splint long enough for the injured part to feel
cold for 30-40 minutes several times a day.

Your injury will need close follow-up by your doctor or an orthopedist.

NOTIFY YOUR DOCTOR or return here in case of the following:
   - The arm or hand becomes numb, tingly, cold, blue, pale, or weak.
   - Increasing swelling.
   - Pain is increasing or not gradually improving.
   - Any difficulty in moving the fingers.

SUTURED WOUND CARE:
Your laceration has been cleaned and closed with sutures (stitches).
You should keep this area clean, dry, and protected from further
injury until your wound has healed.  Normal bathing over the wound is
okay.

Dressings (bandages) on wounds need to be changed every day unless
you are advised otherwise.  The wound should be gently cleansed with
peroxide and Q-tips to remove any drainage or dried blood.  This is
important to help prevent infection, reduce scarring, and to make it
easier to remove the sutures.

Elevation of the sutured area is important for wounds on extremities,
if there is swelling or throbbing.

See your doctor or return here for suture removal in   days.  7 days  RHD

NOTIFY YOUR DOCTOR or return here in case of the following:
   - Signs of infection - redness or red streaks, swelling,
     increasing pain, or pus drainage.
   - Lack of normal function of the involved part of the body.

              ----- Instructions are continued on next page. -----

MIGUEL ANGEL DIAZ                    Thu Dec 02, 1999    Page 2
                                     5:46 PM

bleeding not stopped with pressure.

**SOFT TISSUE INJURY:**
Soft tissue injuries or contusions are caused by blunt trauma and bleeding under the skin. Pain, tenderness, swelling and discoloration are the usual symptoms. They can range from painless bruises to severe contusions where sometimes larger blood vessels and other deeper structures are injured. It may take several days or weeks for contusions to heal. A hematoma is a collection of blood under the skin which is reabsorbed by the body. Possible complications of contusions include infection, and swelling that interferes with the function of other structures.

The aim of treatment is to reduce pain and swelling. Rest and elevation of the injured part is important. Ice packs help to keep swelling from increasing. Compression (with an Ace wrap) is also often used - especially as one resumes activity, or in the lower extremity where gravity often makes swelling worse.

If you develop discoloration below a hematoma, do not be alarmed. This is due to the force of gravity causing the blood under the skin to move downward between the tissue layers.

**NOTIFY YOUR DOCTOR** or return in case of the following:
- The injured area becomes numb, tingly, cold, blue, pale, or weak.
- Increasing swelling.
- Pain is increasing or not gradually improving.

**RX: MOTRIN-800 MG    Disp: 20 / 0**
Directions: 1 TAB PO TID X 7 DAYS, THEN PRN PAIN
- Used for inflammation (especially arthritis) and relief of pain.
- Take regularly unless used for mild pain. It can take 1-2 weeks to be effective in arthritis.
- Try taking with food if it causes stomach upset.
- Other common side effects - dizziness, rash.

**FOLLOW UP INSTRUCTIONS: Orthopedics**
Call Orthopedics (860/714-4660) today or as soon as possible. Let the office know that you were seen in the Department of Emergency Medicine at Saint Francis Hospital and Medical Center and that you were told to call the office to arrange a follow up visit to be seen in 1 day.

Orthopedics
1000 Asylum Avenue, Room 17, Hartford, CT
Tuesday PM and Thursday PM
Appointments by referral only - No Walk-Ins

========================================
I understand these instructions and will arrange for further care as outlined above. A copy of these instructions has been given to me. I also understand that if I am a participant in a managed care insurance plan, it is generally required that I contact my primary care physician or managed care plan to receive approval to see any specialist recommended above.

If my condition worsens, I will call my doctor or return to the hospital promptly. (Emergency Department phone number (860) 714-4001).

Patient's Signature _____
Patient's Representative _____ Relationship _____

Further information about healthcare issues may be obtained at the Health Learning Center of Saint Francis Care located on the second floor of the Patient Care Tower. The phone number is (860) 714-5369 and it is open Monday and Friday from 10 am to 4 pm, Tuesday, Wednesday, and Thursday from 10 am until 7 pm, and Saturday from 11 am until 3 pm.

Instructions are continued on next page.