UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JAN 14 2004

FILED
2004 FEB -2 P 4: 18

MIGUEL A. DIAZ
   PLAINTIFF

V.

BRIAN FOLEY
   DEFENDANT

CIVIL NO: 3:02CV2147(JBA)

JANUARY __, 2004

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Plaintiff has no objection to a (30) day extension of time to respond to Interrogatories and Production of Documents.

This does not apply to Defendants OBJECTIONS.

Though, Defendant has given no actual reasons for more time, Plaintiff in all fairness will not object to (30) more days, up to Febuary 1st, 2004, and in the spirit of time constraints to complete Discovery, as ordered in Scheduling Order Filed Dec. 2, 2003, the Plaintiff will object to any Future Motions for more time to Respond to Any Further and Seperate Discovery.

Even though, and regardless of Plaintiff's

Pro-Se Prisoner status, Defendants Counsel made <u>No diligent</u> effort to ascertain Plaintiffs position pursuant to L.R. 9(b)3(2).

Plaintiff contends a letter or even a phone call would have sufficed.

And Finally, Plaintiff fails to see how Objections to Plaintiffs Interrogatories and Productions Request in any way support Defendants Motion for Enlargement of Time, as stated in Motion. [1st PARAGRAPH/LAST SENTENCE]

Still, no objection to (30) days, only and once.   #

Plaintiff, (s) Miguel C. Diaz
Miguel A. Diaz
MacDougall C.I.
1153 East St.-South
Suffield, CT. 06080

2.

# CERTIFICATION

This is to certify that on this <u>12</u> day of January 2004 the foregoing was either mailed, post paid, or hand delivered to:

Halloran and Sage — Brian Foley
One Goodwin Square
225 Asylum St
Hartford, CT 06103
Attorney James J. Szerejko

(s) Miguel C. Diaz
Miguel A. Diaz