DEC 2 4 2003
JAN 2 8 2004

UNITED STATES DISTRICT COURT FILED
District of Connecticut

2004 FEB -9 P 5:02

Miguel A. Diaz
  Petitioner(s)

Date: Dec. 1, 2003

vs.

Brian Foley
  Respondent(s)

Case No. 3:02CV2147(JBA)(JGM)

## PLAINTIFFS OPPOSITION BRIEF TO DEFENDANTS REPLY BRIEF [DATED 11-20-03]

The Plaintiff now respectfully asks the Court that this Action Commence And Defendants Motion to Dismiss be denied based on the following facts:

1.) Since the Defedant is using the Complaint itself as evidence of a sort NOW to assert a statute of Limitations claim, this shows no prejudice resulting from Alleged claim of insufficiency of service, since defendant is responding now using the Complaint, and not just the face of it. ie; dates to calculate (3)

three year limitation.

1.A) The wording of Defendants Brief, SEE: II. ARGUEMENT, shows examination thereby mooting all claims of Prejudice due to insufficiency of Service and Failure to state a Claims: Exerpts- "the subject episode", "personal injury action", "The Complaint makes it clear", and see also last Sentence in Sec. II. "as recited in the complaint;". This shows perusal of Complaint and therefore no such prejudice exists on the basis of insufficiecy anymore, if it ever did originally.

Plaintiff stands on original opposition to motion to Dismiss [Filed 11/6/03] as citing Rule 60, mistakes, inadvertance, IFP/Clerk, U.S.M.S. Respectively.

Thus, Defendant is responding effectively NOW. using the Complaint.

2.) Since defendant has infered Sykes v. James, 13 F.3d 515, 519 (2nd Cir. 1993) for the purposes of impeaching Plaintiff's statute of limitations which NOW seems to be Defendants whole defense, then this Plaintiff would ask the Court to also follow said case in it's totality in the Respect of the "Court must presume that

2.

well pleaded facts alleged in Complaint are true and draw all reasonable inferences in favor of the Plaintiff."

In the interest of Justice and Fairness I ask the Court to view that in light of the whole case and not just for defendants "use" of that case to impeach dates or statute of limitations.

3.) Whereas, Plaintiff does cite <u>Housten v. Lack</u>, 487 U.S. 266 (1988) to the effect of defending defendants claim of expired statute of Limitations, "in certain circumstances statute of limitations is or may be tolled, ie; suspended."

Plaintiffs Complaint was mailed within time limits of Statute but was not recorded by the District Court until after statute expired. Complaint was in Institution mailbox <u>prior</u> to Dec. 2, 2002.

Original filing in August 2002, see Attached Caption page (A). Was sent back due to improper (outdated) ~~~~ Form. And $120.00 Filing fee returned. This was due to Plaintiffs confinement restraints at N.C.I., a Level 5 facility. Only Form available, absolutely

3.

No Legal Assistance, Law books or Forms available at that Facility. See: instructions I used for Filing §1983, Attached. Ⓑ

And I originally sent to Clerk the Complaint in July, 2002, Attached Ⓒ [dated 6-28-02 and Notarized], last page of Complaint. Notice Habeas Form in Corner. All Plaintiff could obtain in N.C.I.

See Also, Plaintiffs money Transfer Form (DOC) signed, dated and Approved, Attached Ⓓ, dated 7/10/02 for $120.00 filing Fee.

Then see Plaintiffs correct Filing Fee of $150.00, dated 11-29-02, signed by staff 12-2-02, Att. Ⓓ1.

Plaintiff diligently Filed in time, even when All Institutional obstacles impeded him. Outdated Forms hindered Plaintiff.

In spite of Everything, Plaintiff had Refiled and Resent Filing Fee by Nov. 29, 2002. It was for all intents and purposes in the Institutional Mailbox by 11-29-02. And as such within the 3 year statute of Limitations.

In Closing, I ask the Court respectfully to deny the defendants Motion to Dismiss so I can proceed with this Action.

4.

Ⓐ

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## COMPLAINT UNDER 42 U.S.C. §1983

Miguel A. Diaz #250008
Northern C.I
P.O Box 665
Somers, CT 06071
Full name and address of the Plaintiff

Case No. _____
(To be supplied by Clerk)

FILED
2002 AUG -1 A 11:10
US DISTRICT COURT
HARTFORD CT

v.

Foley, Brian (state official)
of City of Hartford police dept.
fifty Jennings Road
Hartford, CT 06120
Being sued in individual
capacity and official
capacity.

Name(s) and address(es) of the Defendant(s)
(Indicate whether being sued in individual capacity, official capacity, or both.)

1

⒝

# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

FORM TO BE USED IN FILING A COMPLAINT UNDER
THE CIVIL RIGHTS ACT 42 U.S.C. §1983

### INSTRUCTIONS - READ CAREFULLY

1. This complaint must be legibly handwritten or typewritten, and signed by the plaintiff under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely and directly. If necessary, the answer to a particular question may be continued on an additional blank page. If additional pages are used, plaintiff must clearly indicate which question is being continued.

2. Upon receipt of a fee of $120.00 (check or money order made payable to the U.S. District Court Clerk), your complaint will be filed if it is in proper order.

3. If you do not have the necessary funds for this action, you may request permission to proceed *in forma pauperis*. To request permission to proceed *in forma pauperis*, complete form AO 240 (application to proceed *in forma pauperis*). If you are an inmate, be sure to have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit in any account in the institution.

4. You must include all grounds for relief and all facts supporting such grounds for relief in the complaint.

5. You must indicate whether each defendant is being sued in his individual capacity, official capacity, or both.

6. When the complaint is fully completed, the original and one copy for each defendant being sued must be submitted to the court. If you sue the defendant in both his individual and official capacity, you must provide two copies for each defendant. The complaint and the appropriate number of copies should be mailed to:

    Office of the Clerk
    United States District Court
    450 Main Street
    Hartford, CT 06103

7. Complaints which do not conform to these instructions will be returned with a notation as to the deficiency.

Petition for a Writ of Habeas Corpus

Inmate No. __250008__

Ⓒ

## APPLICATION FOR WAIVER OF FEES

I have sent the $120.00 dollars in a money order payable to Office of the clerk of United States District Court for the filing fee

I, ~~_____~~, THE PETITIONER HEREIN AM WITHOUT FUNDS AND AM UNABLE TO PAY COURT ENTRY FEES AND COSTS OR TO ENGAGE AN ATTORNEY. I HAVE $ ~~_____~~ IN MY PRISON ACCOUNT AND TOTAL ASSETS VALUED AT $ ~~___~~. I ASK THE COURT TO WAIVE FEES AND COSTS HAVING TO DO WITH THIS PETITION.

_Miguel A. Diaz II_
(PETITIONER)

STATE OF CONNECTICUT, COUNTY OF __Tolland__ _____ PETITIONER,
HAVING BEEN DULY SWORN, STATES THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF HIS KNOWLEDGE.

_MarkS_
(NOTARY PUBLIC)

THIS DOCUMENT WAS SUBSCRIBED AND SWORN TO BEFORE A STAFF NOTARY PUBLIC AT NORTHERN CORRECTIONAL INSTITUTION, SOMERS, CT. IT HAS NOT BEEN READ OR INSPECTED IN ANY WAY. NEITHER THE INSTITUTION NOR THE CONNECTICUT DEPARTMENT OF CORRECTION TAKES ANY RESPONSIBILITY FOR OR SANCTIONS THE SUBJECT MATTER OF THE DOCUMENT.

__06/28/02__
(DATE)

MARK R. SUSE
NOTARY PUBLIC
MY COMMISSION EXPIRES 03/31/2007

Special Request
Connecticut Department of Correction  (201) D

| N | Date | 7-10-02 |
|---|---|---|
| Inmate Name Miguel A. Diaz | Inmate No. | 250008 |

**Payee Information**

Name Clerk of court United States District court
Street 450 Main Street
City Hartford
State, Zip Code CT 06103

Reason For Filing Fee cost for complaint

Amount $ 120.00 one hundred twenty dollars

Inmate Signature
(in presence of counselor) Miguel A. Diaz II

Counselor Signature: _____
Date: 7/10/02

Approvals:

Counselor Supervisor

Warden/Dep. Warden

Business Office Use Only:

| | Number | Amount | Date |
|---|---|---|---|
| Check | | | |

Business Office Staff    Date
Releasing Funds

COMPLETE

APPROVAL STAMP:

Original: Regional Business Office
CC:    Pink - Counselor
       Yellow - Inmate

141    D1

**Special Request Form**
**Connecticut Department of Correction**    Facility

| | |
|---|---|
| Inmate No. 250008 | Date 11-29-02 |
| Inmate Name | Miguel A. Diaz |

**Payee Information**

Name: United States District Court Clerk
Street: 450 Main ST
City: Hartford
State, Zip Code: CT  06103

Reason: Complaint filing fee

Amount $ 150.00  One Hundred-fifty dollars.

Inmate Signature (in presence of staff): Miguel A. Diaz II

Staff Signature:
Date: 12/2/02

Approvals: M. Suse (p)
Supervisor

RECEIVED DEC 6 2002

Warden/Designee

APPROVAL STAMP:    APPROVED

Original: Inmate Trust Fund
Pink: Inmate
Yellow: Facility Staff

By Plaintiff, *Miguel C. Diaz*
Miguel Diaz #250008
MacDougall C.I.
1153 East St.-South
Suffield, CT. 06080

5.

# CERTIFICATION

I hereby certify that a copy of foregoing Opposition Brief with 5 pgs. of Attachments were sent by U.S. Mail on this 2nd day of December, 2003 to Counsel of Record:

\* Attorneys:

Halloran and Sage — Brian Foley
One Goodwin Square
225 Asylum St
Hartford CT 06103

Attorney James Szerejko

*Miguel C. Diaz #250008*
Miguel Diaz #250008