United States District Court
District of Connecticut

**FILED**
2004 MAR -1  P 5:13
US DISTRICT COURT
BRIDGEPORT CT

Feb 23, 03

Miguel Diaz

vs.

Brian Foley

case 3:02CV2147 (JBA)

## Motion for Compelling Diclosure or Discovery

The plaintiff asks the court to move to compel disclosure and for appropiate sanctions required under rule 37 (a).

The deffendant has had over 45 days to answer interrogatories submitted under rule 33 and 34 and has failed to answer questions with in this time. The plaintiff has in good faith confered or attempted to confer with the deffendant in an effort to secure the disclosure with out court action.

Attached to this motion is a certification of that good faith attempt for evidence to court.

Plaintiff Miguel Diaz
Miguel A. Diaz  #250008
Macdougall C I
1153 East ST South
Suffield CT 06080

# Certification

I hereby certify a copy of the foregoing was sent to deffendants counsel by U.S. Mail on the 11th day of Febuary 2004 to:

Halloran and Sage        ~Brian Foley
One Goodwin Square
225 Asylum ST
Hartford, CT   06103-4303

Attorney - James Szerejko

By Plaintiff :

Miguel A. Diaz #250008
Miguel A. Diaz #250008
Macdougall C.I
1153 East St South
Suffield, CT 06080