United States District Court
District of Connecticut

FILED 11, 2004
2004 MAR -1 P 5: 13
US DISTRICT COURT
BRIDGEPORT CT

Miguel Diaz #250008

vs.

Brian Foley

Case No. 3:02CV2147 (JBA)

Pursuant Fed. R. Civ. P., Rule 37 (a) (2) A, B or (3) requiring notice and good faith attempt.

This is plaintiffs informal attempt to confer with deffendant so as to attempted resolution with out court action.

Plaintiff ask deffendant to answer first set of interrogatories and request for production before the 45 days forty five days expires on Febuary 16, 2004. Local Rule (9 (d) 2 requires me to make a good effort.

I will be filing a motion to compell pertaining to the first set after febuary 16, 2004. In light of the scheduling order, Dec 2, 2003 I will oppose any futhur requests for more time to respond to discovery as there is less than (120) days remaining to complete discovery, I am hopeful we could confer and come to some mutual satisfactory resolution on these discovery issues.

Respectfully Miguel Diaz
Miguel A. Diaz #250008
Macdougall C. I
1153 East ST South
Suffied, CT 06080

Feb, 23 2003

## Certification

This is to certify that on this __23__ day of February 2004 the foregoing was eithered mailed, postpaid or hand delivered to:

Halloran and Sage — Brian Foley
One Goodwin Square
225 Asylum ST
Hartford CT 06103
Attorney James J. Szerejko

United States District Court
    District of CT
    915 Lafayette Blvd
    Bridgeport CT 06604
clerk: Kevin F. Rowe

Miguel Diaz 250008
Macdougall
1153 East ST South
Suffield CT 06080

*Miguel Diaz* (signature)