UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MIGUEL A. DIAZ | : | |
|     Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:02 CV 2147 (JBA)(JGM) |
| VS. | : | |
| | : | |
| | : | |
| BRIAN FOLEY | : | MARCH 22, 2004 |
|     Defendant | : | |

### DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION FOR COMPELLING DISCLOSURE OR DISCOVERY

The defendant in the above-captioned matter respectfully objects to the plaintiff's Motion for Compelling Disclosure or Discovery, and state that same is for good cause as follows.

The discovery at issue, as well as the objections thereto, is attached hereto as Exhibit A. The defendant is prepared to answer interrogatories nos. 1, 2, 8 and 9, and has already filed his Rule 26(a) Initial Disclosure, which is attached hereto as Exhibit B. To some extent, that Disclosure is responsive to plaintiff's interrogatories.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

As this plaintiff makes no claims based upon a *Monell* theory, the conduct and behavior of the defendant, beyond the instant episode, should not be viewed as being calculated to lead to the discovery of admissible evidence.

Finally, the defendant has a Motion to Dismiss pending, indicating that the plaintiff's claims should be dismissed, as they are time barred by the applicable statute of limitations.

For the foregoing reasons, it is respectfully submitted that the plaintiff's Motion for Compelling Disclosure or Discovery be denied, and that no sanctions be imposed.

        DEFENDANT,
        BRIAN FOLEY

BY: _____
     James J. Szerejko
     Fed. Bar No. ct 04326
     HALLORAN & SAGE LLP
     One Goodwin Square
     Hartford, CT  06103
     Tele: (860) 522-6103
     His Attorney

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

     This is to certify that on this 22nd day of March, 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

Miguel A. Diaz #250008
MacDougall Corrections Institute
1153 East Street South
Suffield, CT  06080

 

                                                                    _____
                                                                         James J. Szerejko

529860.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105