UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MIGUEL A. DIAZ | : | |
|     Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:02CV2147 (JBA) |
| VS. | : | |
| | : | |
| | : | |
| BRIAN FOLEY | : | DECEMBER 31, 2003 |
|     Defendant | : | |

**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
INTERROGATORIES AND REQUESTS FOR PRODUCTION**

Pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, the undersigned defendant, Brian Foley, objects to the plaintiff's Interrogatories and Requests for Production, dated December 2, 2003, as follows:

1. What are the Dept. policy on filing a "use of force" presently?

**OBJECTION:** **In its present form, this interrogatory exceeds the scope of Rule 26 of the Federal Rules of Civil Procedure as it is not reasonably calculated to lead to the discovery of admissible evidence.**

2. Did Officer Brian Foley file said form?

**OBJECTION:** **The defendant objects to this interrogatory for the same reasons as set forth in his objection to Interrogatory No. 1.**

3. How many lawsuits have been field against the defendant Brian Foley?

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

**OBJECTION:** **The defendant objects to this interrogatory for the same reasons as set forth in his objection to Interrogatory No. 1.**

4.  Provide defendants personal file and all reprimand against defendant Brian Foley?

**OBJECTION:** **The defendant objects to this interrogatory for the same reasons as set forth in his objection to Interrogatory No. 1. Further, absent a showing of need and good cause, the defendant's personnel file is a matter of personal privacy, and should not be disclosed to the plaintiff.**

5.  Provide all police reports, photos, statements, interoffice memo and all documents relating to plaintiff's arrest.

**OBJECTION:** **The defendant objects to this interrogatory for the same reasons as set forth in his objection to Interrogatory No. 1. Further, to the extent this interrogatory seeks information or materials, prepared in anticipation of litigation, or by or at the request of counsel, same is objected to as it amounts to attorney work product and/or is protected by the attorney-client privilege. Finally, in its present form, this interrogatory is overly broad and burdensome, and is in no way limited as to time, scope or content.**

6.  Has defendant ever been ordered or advised to take anger management classes or to see he dept. psychologist or any psychologist?

**OBJECTION:** **The defendant objects to this interrogatory for the same reasons as set forth in his objection to Interrogatory No. 4.**

7.  Had defendant ever had substance abuse issues?

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

      a.    Has defendant Brian Foley ever been ordered or advised to seek treatment for substance abuse?

**OBJECTION:** **The defendant objects to this interrogatory for the same reasons as set forth in his objection to Interrogatory No. 4.**

    8.    Last time defendant Brian Foley recertified?

**OBJECTION:** **The defendant objects to this interrogatory for the same reasons as set forth in his objection to Interrogatory No. 4.**

    9.    All officers names and ranks now and then involved in arrest on December 2, 1999 with plaintiff.

**OBJECTION:** **The defendant objects to this interrogatory for the same reasons as set forth in his objection to Interrogatory No. 1.**

    DEFENDANT,
    BRIAN FOLEY

BY: _____
James J. Szerejko
Fed. Bar No. ct 04326
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT  06103
Tele: (860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

      This is to certify that on this 31st day of December, 2003, the foregoing was either mailed, postpaid, or hand-delivered to:

Miguel A. Diaz #250008
MacDougall Corrections Institute
1153 East Street South
Suffield, CT 06080

_____
James J. Szerejko

499274.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105