```
CI1000                                                                    POSSESSION of CRACK   1607
              Case #:  99-56483                      Incident
              Case Status: CLOSED ADULT ARREST        Types:  MISUSE OF PLATES        2418
  Date / Time Neigh/Unit Location of Incident
  12/02/1999 14:20 WE 191  977  WEST BOULEVARD
                            1 of    1 Persons and Businesses
  St Last Name, First, Mi    DOB/Age    R-S Address                          Phone
  A  DIAZ,MIGUEL,A           04/19/1980 H-M   74  BEACON ST,2


                            0 of    0 Suspect Descriptions
  R-S     Age      Height     Weight Color**Hair**Type Complex Description
                                                                                             +

                            3 of    3 Property Items
  Cde Qty Item / Brand       St Reg #      Serial / VIN #       Color  Characteristics
  TV      89 FORD PROBE      CT 447MSO     1ZVBT20C6K5231994    BLK
  E       PLASTIC BAG                                           WHT    C/ROCK LIKE SUB
  E       CASH                                                                               +


  Investigating Officers:   FOLEY,BRIAN              B2501
  F3=Menu  Enter=Previous Display  PAGE DOWN=More Records
```