UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MIGUEL A. DIAZ | : | |
|     Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:02CV2147 (JBA) |
| VS. | : | |
| | : | |
| | : | |
| BRIAN FOLEY | : | FEBRUARY 27, 2004 |
|     Defendant | : | |

### DEFENDANT'S RULE 26(a) INITIAL DISCLOSURE

Pursuant to the provisions of Rule 26(a)(1), the undersigned defendant hereby makes the following required initial disclosure:

A.   The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

ANSWER:   1. Sgt. Brian Foley, 50 Jennings Road, Hartford, CT 06120
(860) 527-7300

2. Officer Paul Varkal, 50 Jennings Road, Hartford, CT 06120
(860) 527-7300

B.   A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession,

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

ANSWER:   See attached Closed Adult Arrest Form for the subject arrest.

  C. A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

ANSWER:   Not applicable.

  D. For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

ANSWER:   Available for inspection.

  E. The identity of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence.

ANSWER:   The undersigned defendant has not yet retained an expert to testify as a witness in this matter, pursuant to Rule 702, 703 or 705. Should the defendant identify such a witness, he will comply with

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

the applicable Rules of Civil Procedure regarding disclosure of same.

                        DEFENDANT,
                        BRIAN FOLEY

                    BY: _____
                         James J. Szerejko
                         Fed. Bar No. ct 04326
                         HALLORAN & SAGE LLP
                         One Goodwin Square
                         Hartford, CT  06103
                         Tele: (860) 522-6103
                         His Attorney
                         szerejko@halloran-sage.com

<u>CERTIFICATION</u>

    This is to certify that on this 27th day of February, 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

Miguel A. Diaz #250008
MacDougall Corrections Institute
1153 East Street South
Suffield, CT 06080

                         _____
                         James J. Szerejko

516280.1)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105