UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MIGUEL A. DIAZ | : | CIVIL ACTION |
| | : | NO. 3:02CV2147 (JBA) |
| V. | : | |
| | : | |
| BRIAN FOLEY | : | APRIL 14, 2004 |

## **APPEARANCE**

Enter my appearance as Attorney for the defendant, Brian Foley, in the above-entitled case.

                  THE DEFENDANT :
                  BRIAN FOLEY

                  By_____
                  Eric P. Daigle of
                  HALLORAN & SAGE LLP
                  Fed. Bar #ct23486
                  One Goodwin Square
                  225 Asylum Street
                  Hartford, CT  06103
                  (860) 522-6103
                  Daigle@halloran-sage.com
                  His Attorneys

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 14th day of April, 2004, a copy of the foregoing Appearance was mailed, postage prepaid, to:

Miguel A. Diaz, #250008
MacDougall Correctional Institute
1153 East Street
South Suffield, CT 06080

                                              Eric P. Daigle

538777.1(HS-FP)

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105