UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MIGUEL A. DIAZ | : | CIVIL ACTION |
| | : | NO. 3:02CV2147 (JBA) |
| V. | : | |
| | : | |
| BRIAN FOLEY | : | APRIL 14, 2004 |

## MOTION FOR LEAVE OF COURT
## TO DEPOSE THE PLAINTIFF

Pursuant to the Federal Rule of Civil Procedure 30(a)(2), the undersigned defendant hereby requests leave of this Court to depose the plaintiff, **Miguel A. Diaz**, who is presently confined to prison.  More particularly, the plaintiff is confined to **MacDougal Correctional Institution**, which is located at **1153 East Street in South Suffield, Connecticut** and he is assigned  Inmate # 250008.

The undersigned defendant proposes taking the deposition of the plaintiff on a date and time mutually agreed to by the parties and convenient for the Connecticut Department of Corrections.

        THE DEFENDANT :
        BRIAN FOLEY

By_____
  Eric P. Daigle of
  HALLORAN & SAGE  LLP
  Fed. Bar #ct23486
  One Goodwin Square
  225 Asylum Street
  Hartford, CT  06103
  (860) 522-6103
  Daigle@halloran-sage.com
  His Attorneys

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

    This is to certify that on this 14th day of April, 2004, a copy of the foregoing Appearance was mailed, postage prepaid, to:

Miguel A. Diaz, #250008
MacDougall Correctional Institute
1153 East Street
South Suffield, CT 06080

 

                                              Eric P. Daigle

509635.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105