UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MIGUEL A. DIAZ | : | |
| | : | PRISONER |
| v. | : | Case No. 3:02CV2147(JBA) |
| | : | |
| BRIAN FOLEY | : | |

FILED APR 29 2 '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge **JOAN G. MARGOLIS**, for the following purpose(s):

✔   - Settlement Conference:
       *(Orefmisc.cnf)*

  - Supervising discovery and resolving discovery disputes:
       *(Orefmisc.dscv)*

  - Ruling On:
       *(Orefm.)*

  - Referred for hearing:
       *(Orefcs.)*

IT IS SO ORDERED.

_____
Janet Bond Arterton
United States District Judge

Dated at New Haven, Connecticut: **April 28, 2004**