UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MIGUEL A. DIAZ

v.

BRIAN FOLEY, et al.

PRISONER
Case No. 3:02CV2147 (JBA)(JGM)

FILED May 29 11 31 AM '04

## RULING AND ORDER

Defendants seek leave to depose plaintiff. Defendants' motion [**dkt. #35**] is **GRANTED**.

Plaintiff asks the court to compel defendants to respond to his interrogatories and seeks sanctions for their failure to respond. In support of his motion he has filed a notice stating that he informed defendants that failure to respond to his interrogatories within forty-five days would result in his filing a motion to compel.

Rule 37, D. Conn. L. Civ. R., provides in relevant part:

> No motion pursuant to Rules 26 through 37, Fed. R. Civ. P., shall be filed unless counsel making the motion has conferred with opposing counsel and discussed the discovery issues between them in detail in a good faith effort to eliminate or reduce the area of controversy, and to arrive at a mutually satisfactory resolution.

The purpose of this rule is to encourage the parties to make a good faith effort to resolve the dispute without the intervention of the court. See Getschmann v. James

River Paper Co., Inc., Civil 5:92cv163 (WWE), slip op. at 2 (D. Conn. January 14, 1993) (court should not "become unnecessarily involved in disputes that can and should be resolved by the parties"). In addition, Rule 37 requires that any discovery motion be accompanied by a memorandum of law "contain[ing] a concise statement of the nature of the case and a specific verbatim listing of each of the items of discovery sought or opposed...."

Plaintiff's motion fails to comply with either requirement. Defendants have provided a copy of their December 2003 objections to the interrogatories. Although the objections were served before plaintiff attempted his resolution, he has not made any effort to revise or justify the objectionable interrogatories. Thus, plaintiff has not made a good faith effort to resolve this matter. Accordingly, plaintiff's motion to compel and his request for sanctions [dkt. #31] is **DENIED**.

**SO ORDERED** this 27th day of May, 2004, at New Haven, Connecticut.

JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE

2