UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MIGUEL A. DIAZ | : | CIVIL ACTION |
| | : | NO. 3:02CV2147 (JBA) |
| V. | : | |
| | : | |
| BRIAN FOLEY | : | JUNE 8, 2004 |

### MOTION FOR ENLARGEMENT OF TIME NUNC PRO TUNC

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Local Rule 7(b)(1), defendant, Brian Foley, respectfully requests a forty-five (45) day extension of time, to and including July 15, 2004, to file an answer or motion addressed to the plaintiff's Complaint, *nunc pro tunc*. The Court issued its ruling on defendant's Motion to Dismiss on May 4, 2004 and therefore, defendant's answer was due on June 3, 2004. Undersigned counsel is involved in a lengthy trial in the case of Watts v. City of Hartford, et al, Civil Action No. 3:00-CV-0681 (RNC) at Hartford District Court and accordingly, needs the additional time to review the allegations in the Complaint with the defendant and to prepare an appropriate response or motion addressed to the Complaint.

This is the defendant's first motion for enlargement of time in this matter.

WHEREFORE, defendant, Brian Foley, respectfully moves for a forty-five (45) day extension of time, to and including July 15, 2004, in which to respond to the Complaint.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

THE DEFENDANT :
BRIAN FOLEY


By_____
Eric P. Daigle of
HALLORAN & SAGE LLP
Fed. Bar #ct23486
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
Daigle@halloran-sage.com
His Attorneys

## CERTIFICATION

    This is to certify that on this 8th day of June, 2004, a copy of the foregoing Motion for Enlargement of Time Nunc Pro Tunc was mailed, postage prepaid, to:

Miguel A. Diaz, #250008
MacDougall Correctional Institute
1153 East Street
South Suffield, CT 06080


_____
Eric P. Daigle

558537.1

One Goodwin Square    HALLORAN    Phone (860) 522-6103
225 Asylum Street    & SAGE LLP    Fax (860) 548-0006
Hartford, CT 06103      Juris No. 26105