UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MIGUEL A. DIAZ | : | CIVIL ACTION NO. |
| Pro se | : | 3:02CV2147 (JBA) |
| | : | |
| | : | |
| V. | : | |
| | : | |
| BRIAN FOLEY | : | |
| Defendant | : | June  16, 2004 |

MOTION FOR MORE DEFINITE STATEMENT

Pursuant to Rule 12(e) of the Federal Rules of Civil Procedure, the

defendant, Brian Foley, hereby moves for a more definite statement of the

plaintiff's complaint on the grounds that the allegations contained therein are

vague, ambiguous and/or fail to identify specifically the source of federal

constitutional or statutory rights of which the plaintiff alleges he was deprived.  In

support of this motion, the defendant submits the attached memorandum of law.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

THE DEFENDANT:
BRIAN FOLEY


By _____
Eric P. Daigle of
HALLORAN & SAGE  LLP
Fed. Bar #ct23486
One Goodwin Square
225 Asylum Street
Hartford, CT  06103
(860) 522-6103
Edaigle@halloran-sage.com


<u>CERTIFICATION</u>

This is to certify that on this 17th day of June, 2004, a  copy of the foregoing Motion for More Definite Statement was mailed, postage prepaid, to:

Manuel A. Diaz, Inmate # 250008
C.R.C.I.
P.O. Box 1400
Enfield, CT 06083



_____
Eric P. Daigle


562087.1

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105