## AFFIDAVIT

FILED 02CV2147 (JBA)(JGM)

2004 JUN 17 P 5:19
U.S. DISTRICT COURT
BRIDGEPORT CONN

I, Hector DeArce, Date of Birth of 8/27/80, had finished parking my car on West Boulevard, when Officer Foley pulled up on me. He started asking me if I had a driver's license. I told he no. That is when Mr. Diaz started to run and Foley's partner started to chase Mr. Diaz. Officer Foley stood with me until Mr. Diaz was caught. He then let me free and went to his partner around the coner on Beacon Street As I started to walk away, I began to follow Officer Foley to Beacon Street, where Mr. Diaz was caught. That's when I seen Officer Foley attacking Mr. Diaz while handcuffed on the ground. He was hitting him like he was a nobody. I then ran to Mr. Diaz's girlfriend who had lived at the corner of Beacon and Capitol Streets, and told her that Mr. Diaz was getting beat up by Officer Foley. That's all I could remember on that day.

SIGNED,

/Hector De Arce/
Hector DeArce # 273974
Carl Robinson C.I.
P.O. Box 1400
Hartford, CT  06083

SUBSCRIBE AND SWORN TO BEFORE ME ON THIS 3RD DAY OF JUNE, 2004 AT ENFIELD, CT.

Notary Public

Subscribed and Sworn to before me, a Notary Public, in and for County of Hartford, State of Connecticut, this 3rd day of June, 2004.

Notary Public,
My Commission Expires 4/30/08