United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

FILED
2004 JUN 17 P 5:19
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Clerk Kevin F. Rowe        Chief Deputy Clerk Victoria Minor
                           Deputy in Charge Chrystine Cody

RE: Case Diaz vs. Foley, et al Docket NO. 302 cv 2147 (JBA)

Motion to Disclose Evidence

Plaintiff discloses evidence to the court in support of claim against Deffendant Brian Foley. Plaintiff discloses an affidavit by Hector Dearce currently living at C.R.C.I. P.O Box 1400 Enfield, CT 06083. Hector Dearce has given a statement of the day said in claim and what he saw happen. Attached affidavit is the sworn statement. I ask the court to file the affidavit.

Miguel A. Diaz #250008
Carl Robinson C. I.
PO Box 1400
Enfield, CT 06083

*Miguel A. Diaz*

Certification

I hereby certify that a copy of the foregoing was sent to deffendants Counsel and Court by U.S Mail on the 6/14/04 to:

Hollosan and Sage - Brian Foley
One Goodwin Square
225 Asylum ST
Hartford, CT   06103-4303
Attorney - Eric P. Daigle

United States District Court
    District of CT
915 Lafayette Blvd.
Bridgeport, CT 06604

                           Miguel A. Diaz #250008
                           C.R.C.I
                           P.O. Box 1400
                           Enfield CT 06083

                           *Miguel A. Diaz* (signature)