UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Jun 18  11 57 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

MIGUEL A. DIAZ

v.

BRIAN FOLEY, et al.

PRISONER
Case No. 3:02CV2147 (JBA)(JGM)

### RULING AND ORDER

Defendants seek an extension of time, until July 15, 2004, to file their answer. Defendants' motion [dkt. #39] is **GRANTED**.

**SO ORDERED** this 17th day of June, 2004, at New Haven, Connecticut.

JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE