FILED

2004 JUL -9 A 11: 45

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MIGUEL A. DIAZ<br>Pro se | : CIVIL ACTION NO.<br>: 3:02CV2147 (JBA)<br>: |
| V. | : |
| BRIAN FOLEY<br>Defendant | :<br>: JULY 6, 2004 |

**REPLY MEMORANDUM IN FURTHER SUPPORT
OF DEFENDANT'S MOTION FOR MORE DEFINITE STATEMENT**

The defendant, Brian Foley, hereby submits this Reply Memorandum with respect to the pending Motion for a More Definite Statement pursuant to Rule 12(e) of the Federal Rules of Civil Procedure requesting the source of the federal constitutional or statutory right of which the plaintiff alleges he was deprived.

On or about June 12, 2004, the plaintiff filed a Memorandum in support of his objection to the defendant's Motion. However, the plaintiff's Memorandum does not refute any of the specific instances of inadequate pleadings recited by the defendant in his Memorandum. Rather, the plaintiff attempts to correct the inadequacy of his pleadings by identifying the specific constitutional right he alleges he was deprived of in his Memorandum. Nevertheless, the constitutional violation the plaintiff alleges must be set forth in his Complaint, the operative pleadings, as Rule 8 requires that the

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

pleading shall set forth "a short and plain statement of the claim showing the pleader is entitled to relief." F.R.C.P. Rule 8(a). Accordingly, the plaintiff needs to amend his Complaint, as without knowledge in the Complaint of the constitutional provisions on which the plaintiff relies, the defendant is not able to frame the issues for trial.

In summary, the plaintiff's opposition affords no basis to deny the relief sought. Plaintiff has not, in any meaningful sense, challenged the defendant's showing as to the insufficiency of the plaintiff's Complaint. Accordingly, the defendant's Motion for a More Define Statement should be granted.

WHEREFORE, it is respectfully requested that the Court grant the defendant's Motion.

THE DEFENDANT:
BRIAN FOLEY

By _____
Eric P. Daigle of
HALLORAN & SAGE LLP
Fed. Bar #ct23486
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
Daigle@halloran-sage.com

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 6th day of July, 2004, a copy of the foregoing Memorandum of Law was mailed, postage prepaid, to:

Manuel A. Diaz, Inmate # 250008
C.R.C.I.
P.O. Box 1400
Enfield, CT 06083

Eric P. Daigle

567066.1

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105