UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| | : | **PRISONER UNIT - BRIDGEPORT** |
| MIGUEL A. DIAZ | : | CIVIL ACTION |
| Plaintiff | : | NO. 3:02CV2147 (JBA)(JGM) |
| V. | : | |
| | : | |
| BRIAN FOLEY | : | |
| Defendant | : | JULY 7, 2004 |

## ANSWER

1.   The defendant, Foley, Brian, is involved because he used improper excessive force and in result I got a fracture in right wrist and laceration to right leg and right arm pain.

**ANSWER**:   So much of Paragraph 1 of the plaintiff's Complaint which allege the defendant, Brian Foley, used improper excessive is denied; as to the remaining allegations of this Paragraph, the defendant has insufficient knowledge on which to form a belief and therefore, leaves the plaintiff to his proof.

2.   The date and address of occurrence is 12/02/99 at 977 West Blvd, Hartford, CT 06106.

**ANSWER**:   As to the allegations contained in Paragraph 2 of the plaintiff's Complaint, the defendant has insufficient knowledge on which to form a belief and therefore, leaves the plaintiff to his proof.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

3. I went to the emergency room at time of arrest at St. Francis Hospital.

**ANSWER**: As to the allegations contained in Paragraph 3 of the plaintiff's Complaint, the defendant has insufficient knowledge on which to form a belief and therefore, leaves the plaintiff to his proof.

4. The officer kept calling me bad words like spic and asshole and mother fucker and street punk. The same time he kept hitting me and I tryed (sic) covering my head and legs he kept on macing me too.

**ANSWER**: The allegations contained in Paragraph 4 of the plaintiff's Complaint are denied.

5. I felt my hand pumping and burning. My leg I had pain and when he and other officers notice (sic) before putting [me] in the car because I told them they looked at him and remarked you broke his hand he said fuck him put him in the car.

**ANSWER**: As to the allegations contained in Paragraph 5 of the plaintiff's Complaint, the defendant has insufficient knowledge on which to form a belief and therefore, leaves the plaintiff to his proof.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The plaintiff's Complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

At all times relevant to this action, the defendant, Brian Foley, is entitled to qualified immunity as he was involved in the exercise of discretionary duties and did not violate any clearly established constitutional right which a reasonable police officer would have known; or, in the alternative, his actions were objectively reasonable in that they did not violate any clearly established constitutional or statutory right of the plaintiff.

### THIRD AFFIRMATIVE DEFENSE

At all times relevant to this action, the defendant, Brian Foley, were immune from liability as to any state law claims as he was engaged in discretionary activities while performing public duties as part of a governmental function.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

THE DEFENDANT :
BRIAN FOLEY


By_____
Eric P. Daigle of
HALLORAN & SAGE LLP
Fed. Bar #ct23486
One Goodwin Square
225 Asylum Street
Hartford, CT  06103
(860) 522-6103
Daigle@halloran-sage.com
His Attorneys

## CERTIFICATION

    This is to certify that on this 12th day of July, 2004, a copy of the foregoing Answer was mailed, postage prepaid, to:

Miguel A. Diaz, #250008
MacDougall Correctional Institute
1153 East Street
South Suffield, CT 06080


_____
Eric P. Daigle

570941.1