UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MIGUEL A. DIAZ | : | **PRISONER UNIT - BRIDGEPORT** |
| Plaintiff | : | CIVIL ACTION |
| | : | NO. 3:02CV2147 (JBA)(JGM) |
| V. | : | |
| | : | |
| BRIAN FOLEY | : | |
| Defendant | : | JULY 12, 2004 |

### DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, the undersigned defendant hereby makes demand for a trial by jury of the issues raised by plaintiff's complaint.

                                THE DEFENDANT :
                                BRIAN FOLEY


By_____
Eric P. Daigle of
HALLORAN & SAGE  LLP
Fed. Bar #ct23486
One Goodwin Square
225 Asylum Street
Hartford, CT  06103
(860) 522-6103
Daigle@halloran-sage.com
His Attorneys

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

    This is to certify that on this 12th day of July, 2004, a copy of the foregoing Demand for Jury Trial was mailed, postage prepaid, to:

Miguel A. Diaz, #250008
MacDougall Correctional Institute
1153 East Street
South Suffield, CT 06080

 

_____
Eric P. Daigle

570994.1

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105