UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| | : | **PRISONER UNIT - BRIDGEPORT** |
| MIGUEL A. DIAZ | : | CIVIL ACTION |
|     Plaintiff | : | NO. 3:02CV2147 (JBA)(JGM) |
| V. | : | |
| | : | |
| BRIAN FOLEY | : | |
|     Defendant | : | JULY 14, 2004 |

## MOTION FOR ENLARGEMENT OF SCHEDULING ORDER

The defendant, Brian Foley, hereby request this Court to enlarge the deadlines contained in the Court's December 1, 2003 First Scheduling Order.

The plaintiff, Miguel Diaz, a pro se inmate, filed this Complaint on December 6, 2002 against the defendant, Brian Foley, alleging that excessive force was used by the defendant in a December 2, 1999 arrest of the plaintiff. On October 2, 2003, an Appearance was filed on behalf of defendant, Brian Foley, and on December 1, 2003, a Scheduling Order was issued by the Court. This Scheduling Order (Doc. #19) set forth a discovery deadline of June 2, 2004 and a dispositive motion deadline of July 2, 2004. On April 15, 2004, the undersigned counsel filed an Appearance on behalf of the defendant, Brian Foley. Also on April 15, 2004, the Court granted a Motion for Leave to Take Deposition of the incarcerated plaintiff, Miguel Diaz. Prior to and subsequently following that date, this case has been active in discovery as well as dispositive motions regarding the validity of plaintiff's Complaint. In response to the Court's July 3, 2004 Ruling and Order regarding the defendant's pending Motion for More Definite

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Statement, an Answer has been filed. Defendant's counsel has also been working with the Department of Corrections to schedule the plaintiff's deposition. Due to counsel's pending case responsibility, vacation schedules and plaintiff's status as an incarcerated pro se plaintiff, the defendant respectfully requests that the Scheduling Order be extended as follows:

All discovery including depositions to be completed by October 15, 2004.

All dispositive motions will be filed on or before November 30, 2004 and the Joint Trial Memorandum required by the Standing Order on Trial Memoranda in Civil Cases will be filed by January 15, 2005, or thirty (30) days after the Court rules on any summary judgment motion filed by the defendants, whichever is later.

This case will be trial ready by February 15, 2005, or thirty (30) days after the Joint Trial Memorandum is filed, whichever is later.

This pro se plaintiff is presently an inmate at a Connecticut correctional facility, and we are unable to obtain his position with regard to this Motion as he is not readily accessible by telephone.

This is these defendants' first request for an enlargement of the Scheduling Order in this case.

WHEREFORE, for the foregoing reasons, the undersigned defendant respectfully requests an enlargement of the deadlines contained in the Court's Scheduling Order of December 1, 2003.

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

THE DEFENDANT :
BRIAN FOLEY


By_____
Eric P. Daigle of
HALLORAN & SAGE LLP
Fed. Bar #ct23486
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
Daigle@halloran-sage.com
His Attorneys

- 3 -

## **CERTIFICATION**

    This is to certify that on this 14th day of July, 2004, a copy of the foregoing Motion for Enlargement of Scheduling Order was mailed, postage prepaid, to:

Miguel A. Diaz, #250008
MacDougall Correctional Institute
1153 East Street
South Suffield, CT 06080

 

                                               Eric P. Daigle

569039.1

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105