UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
Aug 30  12 13 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

MIGUEL A. DIAZ

v.

BRIAN FOLEY

: PRISONER
: Case No. 3:02CV2147 (JBA)(JGM)

## RULING AND ORDER

Defendant has filed a motion for extension of time in which he seeks modification of the scheduling order in this case. Defendant's motion **[dkt. #48]** is **GRANTED**. All discovery shall be completed by October 15, 2004. Any dispositive motions shall be filed on or before November 30, 2004.

**SO ORDERED** this 30th day of August, 2004, at New Haven, Connecticut.

JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE