UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MIGUEL A. DIAZ | : | CIVIL ACTION |
| | : | NO. 3:02CV2147 (JBA) |
| V. | : | |
| | : | |
| BRIAN FOLEY | : | NOVEMBER 12, 2004 |

**MOTION FOR ENLARGEMENT OF TIME**

The undersigned, on behalf of the defendant, Brian Foley, respectfully requests this Court for an enlargement of time of forty-five days from November 30, 2004 to and including January 14, 2005, in which to file dispositive motions.

Counsel for the undersigned defendant is currently involved in preparing for a jury trial in a case entitled Doe v. City of Hartford, et al. bearing Case No. 3:97CV205 pending in Hartford District Court before Hon. Robert N. Chatigny, U.S.D.J. This trial is scheduled to commence on November 29, 2004. Also, the deposition of the plaintiff was completed on October 13, 2004 and the undersigned counsel for the defendant has recently received the relevant transcripts. In addition, during the deposition, the pro se plaintiff identified several witnesses to the subject incident. With the assistance of the plaintiff, defendant has been attempting to locate these witnesses to arrange their depositions.

This is this defendant's first such request for an enlargement of time.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

The pro se plaintiff is presently an inmate at a Connecticut correctional facility, and we are unable to obtain his position with regard to this Motion as he is not readily accessible by telephone.

          THE DEFENDANT :
          BRIAN FOLEY

By_____
Eric P. Daigle of
HALLORAN & SAGE LLP
Fed. Bar #ct23486
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
Daigle@halloran-sage.com
His Attorneys

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 12th day of November, 2004, a copy of the foregoing Motion for Enlargement of Time was mailed, postage prepaid, to:

Miguel A. Diaz, #250008
MacDougall Correctional Institute
1153 East Street
South Suffield, CT 06080

_____
Eric P. Daigle

616039.1

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105