Order

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2005 JAN 14 P 2:01
US DISTRICT COURT
NEW HAVEN, CT

MIGUEL A. DIAZ                  :

vs                              :        Civil No. 3:02cv2147(JBA)

BRIAN FOLEY                     :

ORDER OF DISMISSAL

Notice having been sent to counsel of record on December 7, 2004, pursuant to D.Conn.L.Civ.R. 41(b), indicating that the above-entitled case would be dismissed if closing papers were not filed on or before January 2, 2005.

No closing papers having been received and no requests for continuance having been received, it is hereby,

ORDERED that the complaint on file herein, be and hereby is, dismissed pursuant to D.Conn.L.Civ.R. 41(b), without costs to any party and without prejudice to the right of any party thereto to move within 30 days hereof, upon good cause shown, to reopen the case if the settlement has not been consummated.

Dated at New Haven, Connecticut: January 17, 2005.

IT IS SO ORDERED:

/s/ Janet Bond Arterton
United States District Judge