UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MIGUEL A. DIAZ<br>Plaintiff | : | CIVIL ACTION NO.<br>3:02CV2147 (JBA) |
| V. | : | |
| BRIAN FOLEY<br>Defendants | : | DECEMBER 30, 2004 |

### STIPULATION TO DISMISS

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereto stipulate and agree that this action may be dismissed with prejudice, and without costs or attorneys' fees being awarded to any of these named parties, and that judgment enter accordingly.

THE PLAINTIFF:
MIGUEL A. DIAZ

BY _____
Miguel A. Diaz, pro se

THE DEFENDANT
BRIAN FOLEY

By _____
Eric P. Daigle of
HALLORAN & SAGE LLP
Fed. Bar No. ct23486
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

HALLORAN
& SAGE LLP

## CERTIFICATION

This is to certify that on this 14 day of January, 2005 I hereby mailed a copy of the foregoing Stipulation to Dismiss to:

Miguel A. Diaz, #250008
Northern Correctional Institution
P.O. Box 665
Somers, CT 06071

_____
Eric P. Daigle

621546.1(HS-FP)

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105